*see ast*

6pm
7/19/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE,                :
                                 :
          Plaintiff              :
                                 :    CIVIL NO. 1:01-CV-1282
     v.                          :
                                 :    (Judge Caldwell)
THOMAS HOGAN, et al.,            :
                                 :
          Defendants             :

## O R D E R

AND NOW, this 18th day of July, 2001, it is ordered that:

1. Plaintiff's motion to proceed <u>in forma pauperis</u> is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve plaintiff's complaint (doc. 1) on the defendants named therein.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

---

[1] Gayle completed this court's form application to proceed <u>in forma pauperis</u> and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden of the York County Prison to commence deducting the full filing fee from plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 18, 2001

Re: 1:01-cv-01282   Gayle v. Hogan

True and correct copies of the attached were mailed by the clerk to the following:

Desmond V. Gayle
CTY-YORK
York County Prison
55438
3400 Concord Road
York, PA  17402

```
cc:
Judge                          (✓)        (✓) Pro Se Law Clerk
Magistrate Judge               ( )        ( ) INS
U.S. Marshal                   ( )        ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 (✓)  with N/C attached to complt. and served by:
                                    U.S. Marshal (✓)    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other _____          ( )
```

MARY E. D'ANDREA, Clerk

DATE: 7/18/01         BY: _____
                           Deputy Clerk