# THE COUNTY COMMISSIONERS OF YORK COUNTY

1:01 CV 1282
7/25/0
Caldwell/P.



**OFFICE OF**

JAMES F. DONAHUE
COUNTY COMMISSIONER
717-771-9303

**COUNTY ADMINISTRATIVE OFFICES**
One West Marketway, 4th Floor
York, Pennsylvania 17401

June 4, 2001

Mr. Desmond V. Gayle, #55438
York County Prison
3400 Concord Road
York, Pa 17402

Dear Mr. Gayle:

    I have now received your third letter of complaint, dated May 24, 2001, regarding your medication and your need of a lower bunk bed instead of an upper level bed. My response is the same as before, I have referred your complaint to Warden Hogan for his investigation. The Board of County Commissioners will stand behind whatever recommendations the Warden makes pertaining to this matter.

Thank you again for your correspondence.

FILED
SCRANTON

JUL 2 5 2001

PER _____
DEPUTY CLERK

Regards,

James F. Donahue, President
York County Prison Board

JFD:mrr

D. V. Gayle
June, 28, 2001

# THE COUNTY COMMISSIONERS OF YORK COUNTY

**OFFICE OF**

JAMES F. DONAHUE
COUNTY COMMISSIONER
717-771-9303

COUNTY ADMINISTRATIVE OFFICES
One West Marketway, 4th Floor
York, Pennsylvania 17401

June 4, 2001

Mr. Desmond V. Gayle, #55438
York County Prison
3400 Concord Road
York, Pa 17402

Dear Mr. Gayle:

I have now received your third letter of complaint, dated May 24, 2001, regarding your medication and your need of a lower bunk bed instead of an upper level bed. My response is the same as before, I have referred your complaint to Warden Hogan for his investigation. The Board of County Commissioners will stand behind whatever recommendations the Warden makes pertaining to this matter.

Thank you again for your correspondence.

Regards,

James F. Donahue, President
York County Prison Board

JFD:mrr

*D. V. Gayle*

June 28 2001

June, 28, 2001

# YORK COUNTY PRISON
# COMPLAINT REVIEW SYSTEM
# (802) RESPONSE

TO: __Desmond Gayle__          Complaint Register # __050901__    D
   Inmate Name

__TE A-31__     __55438__     Date __5/9/01__
Inmate Location   Pouch Number

I have received your grievance and my response is as follows:

Your bottom bunk request was denied by the medical department because you do not have a medical necessity for lower bunk housing.

_____
Complaint Supervisor

___✓___ Inmate received a copy of this response and did not wish to appeal.
___✓___ Inmate given or sent a copy of appeal form (804).

Inmate Keeps Yellow Copy
Send Original & Pink To Deputy Warden

# YORK COUNTY PRISON
# COMPLAINT REVIEW SYSTEM
# (804) APPEAL

Inmate Name: Desmond Gayle
Inmate Location: 1F A-3A
Pouch Number: 55438
Complaint Register #: 050901 D
Date: 5/9/01

I wish to appeal the decision of the complaint supervisor. My reason for the appeal is as follows:

1. I Am A Mentally ill patient! I have been
2. diagnosed with the Mental problem since
3. September of 1996. I Am presently taking
4. heavy Medication for my sickness!
5. I have Been in three psychiatric Hospitals
6. for treatment, in New York State
7. (1) Montefiore Hospital (2) Kings County Hospital
8. And Mid-Hudson State of New York Hospital
9. I Am A sick Mental person, who hear voices
10. At Night and I lost mental control of my self
11. occasionally. So therefore Doctor Bennett
12. And Doctor "Sai Fir" of Mid-Hudson Hospital
13. place me on 20-milligrams of Zyprexa
14. Medication.
15.
16. I take my Medication at Night times
17. Bedtime only, it is A heavy Medication
18. for my BRAIN, and each
19. Night the Medication makes me very
20. Intoxicated and Dizzy or Drunk
21. I have difficulties getting on and off the top
22. Bunk Bed, when the medication takes effect
23. I fell down twice in one week, the first week
24. of May at Night time while going to used the
25. Toilet late at Night, this fall happens because of
26. the Intoxication and drowsyness from my strong
27. Mental Medication. Please Sir? Could you urgently
28. place me on A Bottom Bed-Bunk, so I can
29. No longer fell off, under the Medication Intoxication
30. And Drowsyness

Desmond. V. Gayle

Inmate keeps yellow copy
Send original & pink to Deputy Warden

INMATE NAME