⑧

1 to ct
1 to PrSc

York County Prison
3400 Concord
York, P.A. 17402
Date, July, 29, 2001

To: the Clerk
of Court
United States
District Court
Middle District of
Pennsylvania,
U.S Courthouse.
228 Walnut Street,
P.O. Box 983.
Harrisburg, PA 17108

Name = Desmond V. Gayle
# 55438
Re 1:01-CV-01282

Your Respectfully

Desmond V. Gayle
Signature
D.V. Gayle

FILED
HARRISBURG, PA
JUL 3 1 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

PrSc Taggart
J Caldwell

Dear Clerk of Court,

Good Day.

<u>This is a Motion to obtain a Court Appointed Lawyer on Case # 1:01-CV-01282 in your Court at this time.</u>

I Cannot Mentally Withstand the Work this Case Required, By Because I am Presently on heavy psychiatric Medication Called — Zyprexa!

Please! I need Legal Assistance on my case