AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE,
Plaintiff

V.

WARDEN THOMAS HOGAN AND
DEPUTY BOWEN
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:01-CV-1282
Judge Caldwell

TO: (Name and address of defendant)

(SEE COMPLT.)

FILED
SCRANTON
AUG 13 2001
PER _____
DEPUTY CLERK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Desmond V. Gayle
York County Prison
3400 Concord Road
York, Pa. 17402

an answer to the complaint which is herewith served upon you, within ____(20) Twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea, Clerk
CLERK

July 18, 2001
DATE

_George T. Gardner_
(BY) DEPUTY CLERK    George T. Gardner

## WAIVER OF SERVICE OF SUMMONS

TO: _Desmond Gayle_____
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Gayle_____ vs. __Hogan_____, which is case number _CV-01-1282_____ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __7-23-01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__8/6/01_____          _____Donald F. Reihart_____
Date                                 Signature

Printed/Typed Name:    Donald L. Reihart, Esquire

Title if any:    Assistant County Solicitor for York County

Address:    2600 Eastern Blvd., Suite 204

York, PA  17402

For Corporation, if any:

Representing defendant(s) if any:    Deputy Warden Bowen, York County Prison

RECEIVED
USMS, MIDDLE/PA
2001 AUG -9 AM 8:50

## WAIVER OF SERVICE OF SUMMONS

TO: _Desmond Gayle_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Gayle_ vs. _Hogan_, which is case number _CV-01-1282_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _7-23-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_8/6/01_
Date

Signature

Printed/Typed Name: Donald L. Reihart, Esquire

Title if any: Assistant County Solicitor for York County

Address: 2600 Eastern Blvd., Sute 204

York, PA 17402

For Corporation, if any: _____

Representing defendant(s) if any: Warden Hogan, York County Prison

RECEIVED
USMS, MIDDLE/PA
2001 AUG -9 AM 8:50