JUDGE'S COPY

York County Prison
3400 Concord Road
York, P.A. 17402
Date, August, 9, 2001

1:CV-01-1282

Name Desmond. V. Gayl[e]
ID# 55438

To: the Clerk of Court,
United States District Court.
Middle District of Pennsylvania
U.S Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, P.A. 17108

FILED
HARRISBURG, PA
AUG 13 2001
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

Dear Clerk of Court., Good Day
I am responding to the Order; given on August 7th 2001, By the Honorable Judge William W. Caldwe[ll]

I have made several attemp[ts] to obtained legal help on my own. But failed. I wrote to Angino & Rovner 4503 North Front Street, Harrisburg P.A. 17110 Phone # 717-238-6791 And they have turned me down

I also wrote to Another Lawyer, Attorney at Law!
MR. WAYNE SACHS,
1601 Market Street
Suite 690
Philadelphia, P.A. 19103

These Attorneys Required Money for their services, And I personally dont have any money to pay for Legal Assistance.
∴ So therefore! I need help from the Court, to proceed with my case.

MR Mitchell D Kessler
Attorney at Law
225 Broadway, Suite 2400
New York, New York 1007
Phone # (212) 608-0800
turn me down.
I have medical proof in my Record at York County Prison that I am mentally sick, and taking Medication call Zyprexa.

Your Respectfully
J. K. Gayle

# Mitchell D. Kessler
**Attorney at Law**

225 BROADWAY, SUITE 2400
NEW YORK, NEW YORK 10007
TELEPHONE (212) 608-0800  FAX: (212) 608-1551

July 31, 2001

Desmond V. Gayle #55438
York County Prison
3400 Concord Road
York, PA 17402

Dear Mr. Gayle:

I am sorry but I cannot represent you.  Best wishes.

Sincerely,

Mitchell D. Kessler

MDK/rm
~~Enclosure~~

*D. D. V. Gayle*
August, 9, 2001

6 F.3d at 157 n.5. Gayle does not indicate he attempted to obtain counsel on his own before asking the court to do it for him.

Therefore, Gayle's motion for appointment of counsel will be denied. In the event, however, that future proceedings demonstrate the need for counsel, the matter may be reconsidered either <u>sua sponte</u> or upon a motion properly filed by the plaintiff.

AND NOW, this 7th day of August, 2001, it is ordered that:

1. Gayle's Application for the Assignment of Counsel is construed as a motion for appointment of counsel.
2. Plaintiff's motion for appointment of counsel (doc. 8) is denied.

*William W Caldwell*
WILLIAM W. CALDWELL
United States District Judge

*O D Gayle*
*August 9, 2001*

-3-