JUDGE'S COPY

York County Prison,
3400 Concord Road,
York, P.A. 17402
Date September 6th, 2001
Name: Desmond V. Gayle
ID# 55438
INS# A74-891-110
Immigration

To: The Honorable
William W. Caldwell, (Judge)
United States District Court
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, P.A. 17108

FILED
HARRISBURG
SEP 10 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

On this 6th Day of September, the year 2001
Petitioner: Desmond V. Gayle
Filed this Motion, to be Release From the Custody of INS, By the United States Attorney General John Ashcroft, Stuart E. Schiffer Deputy And Christopher C. Fuller senior litigation officer.

I Am Requesting Release Under the New Rules of the Supreme Court, that came in Effect July 2001.
In Zadvydas V. Davis 121 S.Ct 2491 (U.S. June 2001)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☒ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Nelson R. Penalver vs. Supreme Court of Pennsylvania
FOR: Appeal For Denial 2 Times.

LOCATION NUMBER: #0209

PERSON REPRESENTED (Show your full name): Nelson Rovira Penalver

☒ 1 Defendant – Adult
☐ 2 Defendant – Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

DOCKET NUMBERS
Magistrate: 
District Court: 
Court of Appeals: 2396 CD

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
Possesion with intent to deliver a Controlled Substance.

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed.
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents: 4

List persons you actually support and your relationship to them:
Amanda Penalver
Miata Penalver
Christopher Penalver
Nelson Penalver

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

APARTMENT OR HOME: I Live in A Halfway House
Creditors: Capitol Pavillion - 717-236-0132, 2012 N. 4th St., Harrisburg, PA. 17102
Total Debt: $ _____
Monthly Pymt: $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/6/01

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Nelson Rovira Penalver 9/6/01
Nelson Rovira Penalver

OVER →



# Supreme Court of Pennsylvania
## Middle District

JOAN L. STEHULAK, ESQUIRE
DEPUTY PROTHONOTARY

SHIRLEY BAILEY
CHIEF CLERK

September 22, 1998

434 MAIN CAPITOL BUILDING
P.O. BOX 624
HARRISBURG, PENNSYLVANIA 17108
(717) 787-6181
http://www.courts.state.pa.us

TO: Francis M. Socha, Esquire

RE: COMMONWEALTH OF PENNSYLVANIA            RESPONDENT
                         v.
    NELSON R. PENALVER                      PETITIONER

No. 0209 M.D. Allocatur Docket 1998

Dear Counsel:

    This is to advise you that the attached order has been entered on the Petition for Allowance of Appeal filed in the above-captioned matter.

                Very truly yours,
                Office of the Prothonotary
                Supreme Court of Pennsylvania

SB/aks
c: Hon. Richard A. Lewis
   Dauphin; 2396CD94
   Criminal Division
   Jeffrey B. Engle, Deputy District Attorney

1

IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : No. 209 Middle District |
|  | : Allocatur Docket 1998 |
| Respondent | : |
| v. | : |
| NELSON R. PENALVER | : |
| Petitioner | : Petition for Allowance of Appeal |

## ORDER

PER CURIAM

AND NOW, this 22nd day of September, 1998, the Petition for Allowance of Appeal is denied.

TRUE & CORRECT COPY

ATTEST: SEP 22 1998

*[signature]*

SHIRLEY BAILEY
CHIEF CLERK

2

IN THE SUPREME COURT OF PENNSYLVANIA

FOR THE MIDDLE DISTRICT

NO.                     M.D. ALLOCATUR DOCKET, 1998

COMMONWEALTH OF PENNSYLVANIA,

                Respondent

vs.

NELSON R. PENALVER,

                Petitioner

PETITION FOR ALLOWANCE OF APPEAL

Petition for Allowance of Appeal by NELSON R. PENALVER
from the Order of the Superior Court at
No. 401 Harrisburg 1997, dated March 13, 1998, affirming judgment
of sentence of the Dauphin County Court
of Common Pleas at No. 2396 CD 1994

FRANCIS M. SOCHA, ESQ.
2201 North Second Street
Harrisburg, PA 17110
(717) 233-4141

Dated: March 20, 1998

Attorney for Petitioner

Received in Supreme Court

MAR 2 3 1998

Middle



IN THE SUPERIOR COURT
OF PENNSYLVANIA

No. 401 Harrisburg 1997

COMMONWEALTH OF PENNSYLVANIA,

Appellee

vs.

NELSON R. PENALVER,
Appellant

Received in Superior Court

BRIEF FOR APPELLANT

Appeal from the Order
of the Honorable Richard Lewis
Court of Common Pleas, Dauphin County,
Dated April 3, 1997, and
Docketed at 2396 C.D. 1994

FRANCIS M. SOCHA, ESQ.
2201 North Second Street
Harrisburg, PA 17110
(717) 233-4141

Attorney for Appellant

LAW OFFICES
## FRANCIS M. SOCHA
2201 NORTH SECOND STREET
HARRISBURG, PENNSYLVANIA 17110

FRANCIS M. SOCHA
CLAYTON W. DAVIDSON

TELEPHONE (717) 233-4111
FAX (717) 233-2342

September 28, 1998

Nelson Penalver
Temp-3E48 (24696)
3000 Perdidos St.
New Orleans, LA 70119

Dear Mr. Penalver:

    Enclosed is a copy of the Pennsylvania Supreme Court's Order denying your petition for allowance of appeal. Unfortunately, this concludes my representation with your case.

    If you still would like to challenge your conviction, I suggest that you contact the Federal Public Defender's Office at 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101 (Phone # 717-782-2237) and file a writ of habeas corpus in Federal Court for the Middle District of Pennsylvania.

    I wish you the best in the future.

Sincerely,

Francis M. Socha

\cec
Enclosure

---

*To US Distric Court.  — 9-6-01*
*IN THE Appeal There was some erros. I was Taken To Luisiana by The goverment. There is A complant: Appeal already done in Luisiana...*

*Respectfully,*
*Nelson Rovin Penal*
*CN 8166*

8

*Docket #2396 CD - In 1994 sentence*

The Commonwealth presented testimony that the appellant, delivered te(10) bags of crack cocaine to Officer Pelino. [N.T. 25, lis. 15-16; N.T. 36, lis. 6]. The testimony indicated, however, that the appellant was never seen physically handing th undercover officer any narcotics. [N.T. 25, lis. 15-16]. No narcotics were found on the appellant's person when he was taken into custody. [N.T. 54, lis. 15-22]. No corroborating fingerprints were taken from any of the confiscated packages. [N.T. 48, lis. 24-25; N.T. 48; lis. 8].

The confidential informant that was present with Mr. Penalver was never patted down and searched prior to the transaction in this case. [N.T. 44, lis. 20-23]. Th extent of the informant's association with this particular police operation was one prior incident. [N.T. 39, lis. 4-6]. No background check was performed on the informant so a to test the informant's veracity and reliability. [N.T. 38, lis. 15-16].

The conviction in this instance was based on the speculation of an undercover officer who never saw the appellant hand him any controlled substance. Th search of the appellant incident to his arrest produced no narcotic substances. [N.T. 54, lis. 15-22]. The Commonwealth bases its conjectured claim of delivery of a controlled substance on the reliability of an informant the undercover agents hardly knew. [N.T. 30, lis. 15-16]. The agents never had the time or inclination to run a prior records check on a person that induced the entire transaction. [N.T. 38, lis. 15-16]. Further, the informant was not checked prior to the transaction for possession of a controlled substance. [N.T. 44, lis. 20-23]. It was shear speculation on the part of Officer Pelino to assume that the appellant carried and delivered crack cocaine when nothing was done to insulate appellant from a problematic informant.

*Nelson Rosario Penalver [signature]*

**US AIRWAYS BOARDING PASS**
**ETKT BP** CLT/MDT
NAME OF PASSENGER: ROVIRA PENALVER/NELS
FROM: CHARLOTTE
TO: HARRISBURG INTL
CARRIER: US AIRWAYS
CODE: US358  CLASS: Y  DATE: 04SEP  TIME: 650P
GATE: C19  BOARDING TIME: 620P  SEAT: 8A  SMOKING: NO
DIVIDEND MILES NUMBER
2 037 7049166093 4
CONNECTION

**US AIRWAYS BOARDING PASS**
**ETKT BP** MSY/CLT
NAME OF PASSENGER: ROVIRA PENALVER/NELS
FROM: NEW ORLEANS
TO: CHARLOTTE
CARRIER: US AIRWAYS
CODE: US188  CLASS: Y  DATE: 04SEP  TIME: 314P
GATE: 6A  BOARDING TIME: 244P  SEAT: 22E  SMOKING: NO
DIVIDEND MILES NUMBER
1 037 7049166093 1

9-6-01

United States District Court
Petitioner Consent to witness.

Respectfully
Nelson R. [signature]
CP-6160

Page 1
04Sep01 13:28:02

ATTENTION MR BOWMAN
ROVIRA PENALVER/NELSON

The booking locator is ETLACZ. The fare is $131.50.

| | | | |
|---|---|---|---|
| 04Sep01 03:14pm Tuesday | **AIR** Us Airways<br>From: New Orleans LA, USA<br>Meal: None<br>Equip: Boeing 737-400<br>Arrival: 04Sep01 Tuesday 06:10pm | | Flight# 188   Class: Y<br>To: Charlotte NC, USA<br><br>Status: Confirmed |

Us Airways locator: CNUZAP

| | | | |
|---|---|---|---|
| 04Sep01 06:50pm Tuesday | **AIR** Us Airways<br>From: Charlotte NC, USA<br>Meal: None<br>Equip: Boeing 737-300<br>Arrival: 04Sep01 Tuesday 08:18pm<br>Seat:8A | | Flight# 358   Class: Y<br>To: Harrisburg Intl PA, USA<br><br>Status: Confirmed |

Us Airways locator: CNUZAP

04Jul02 Thursday
**OTHER**
Jacksonville NC, USA
OMEGA WORLD TRAVEL

*****************************************************
***HEADQUATERS DC INS PASSENGERS PLEASE CALL
**********202-305-1058**********************
*****************************************************

ALL FREQUENT FLYER MILES ACCRUED WHILE ON GOVT TRAVEL
ARE THE SOLE PROPERTY OF THE U.S. GOVERNEMNT.
24 HOUR EMERGENCY SERVICE CENTER..1-800-685-6342
PLEASE GIVE YOUR ID CODE.............5WN1-INS AND
IDENTIFY YOUR MAIN SERVICING BRANCH AS 5WN1 ALSO.
*****************************************************

PLEASE RETURN UNUSED TICKETS TO OUR OFFICE
FOR A REFUND. PLEASE SEND THE TICKETS TO
THE FOLLOWING ADDRESS...
OMEGA WORLD TRAVEL
ATTN REFUND DEPT
325 WHITE STREET
JACKSONVILLE, NC 28546
*****************************************************

S1AIRPORT CHECKIN ONLY FOR SEAT
S*G675
U11-1528-INS
U12-INS
U13-A24452734
U9-X
U7-D
U2-60
U8-504-589-2804-B/BOWMAN



CP 6160

```
                        Print Key Output                                          Page    1
        5769SS1 V4R4M0 990521              TANGI400          04/03/01    13:57:34

        Display Device . . . . . :  JS
        User . . . . . . . . . . :  NANCYLEE

        CM5400-DE            TPSO Prisoner Transaction Inquiry      13:56:54   4/03/01

        Pin: 1016583  Bk #:   1   Name: ROVIRA NELSON  PENALVER

        Account Balance:     14.23CR

        Trans#   Date      Time   Description       Off #       Amount        Balance
          45   11/28/00    6:31   DEP 120100         535         7.00CR        33.14CR
          44   11/22/00   11:53   DEP 112400         535         7.00CR        26.14CR
          43   11/21/00    8:22   ZZ                 547         4.70          19.14CR
          42   11/13/00    9:07   ZZ                 547         4.20          23.84CR
          41   11/10/00   10:25   ZZ                 547          .60          28.04CR
          40   11/09/00   10:01   DEP 111700         535         7.00CR        28.64CR
          39   11/08/00    9:09   ZZ                 547         6.23          21.64CR
          38   11/02/00    9:44   DEP 111000         535         7.00CR        27.87CR
          37   10/31/00    7:56   ZZ                 547         6.00          20.87CR
          36   10/26/00    8:46   DEP 110300         535         7.00CR        26.87CR
          35   10/23/00    8:36   ZZ                 547        10.84          19.87CR
          34   10/20/00    7:40   DEP 102700         535         7.00CR        30.71CR
          33   10/16/00   13:01   ZZ                 547         6.97          23.71CR  +

        F2=Back Screen
```

*U.S. District Court*
*Harrisburg, PA.*

*Respectfully*
*Nelson Rovira Penalver*
*CP-6160*

5

III. QUESTIONS PRESENTED FOR REVIEW

   1. DID THE SUPERIOR COURT ERR IN AFFIRMING THE LOWER COURT'S RULING THAT TRIAL COUNSEL WAS NOT INEFFECTIVE FOR FAILING TO REQUEST A MISSING WITNESS INSTRUCTION AFTER THE COMMONWEALTH FAILED TO CALL A MATERIAL WITNESS?

United State Distric Court. -9-06-01

This is my statement, The Petitioner Nelson R. Pena I came from Lusiana on Sept-4-01. Copy of arrival enclosed. I'm including a copy of Airline Tickets. I Have 2 Lawsuits To The Federal Eastern Dist. Cou of Luisiana, For denied Equal Right constitution... The Following evidence Are being sent To you, because The prosidier was not done in Time, The Court Took Too long, And Then I was denied. I belived I Have right as I requested To Plead The Fith. The Supreme Court Has The Denial And The superial court Has gave me The right To appeal. If you need To contact me at 717-236 Respectfully

Thank You.

Nelson Maria Pena

*Copy*
*U.S. District*
*Court M'burg, PA*

*Plantiff Copy*

**U.S. Department of Justice**
*UNITED STATES MARSHALS SERVICE*

NOTICE AND ACKNOWLEDGMENT OF RECEIPT
OF SUMMONS AND COMPLAINT BY MAIL

4-13

United States District Court
for the
__Eastern__ District of __Louisiana__

TO:
U. S. Attorney General
10th & Constitution Avenue NW
Room 4400
Washington, D.C.  20530

Civil Action, File Number __01-782-N (2)__

Nelson Rovira Penalver
V.
Anne K. Fenton, Phillip T. Miller
Mr. Holbrook and Kenneth M. Jaram

The enclosed summons and complaint are served pursuant to Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the within 20 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on beh corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signatu relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 20 days, you (or the party on whos you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner p by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) mus the complaint within 20 days. If you fail to do so, judgment by default will be taken against you for the relief demande complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By mailed on this date.  PLEASE RETURN RECEIPT BY May 5, 2001

__04-25-01__
Date of Signature

*Mary Gail Christopher*
Signature (USMS Official)

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive
Service of Process