JUDGE'S COPY

copy (16)

Orleans Parish Prison,
3000 Perdido Street.
New Orleans, LA 70119.
Building TP3.
Date, Oct, 22, 2001
ID# 38994
Name - Desmond V. Gayle

Signature D. V. Gayle

To: The Clerk of Court.

United States District Court,
Middle District of Pennsylvania
U.S. Courthouse.
228 Walnut Street,
P.O. Box 983.
Harrisburg, PA 17108

FILED
OCT 29 2001
PER ____
HARRISBURG, PA   DEPUTY CLERK

Docket Number
CV-01-1282
1282

Dear Clerk,
    Please send me a complete status update on my case.

I need to know what is going on.

Should I send in a brief? If so please give me 60-90 days, because of my present situation with (I.N.S).
                                    Immigration.