17

remailed 10/30/01

1:CV-01-1282

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$0.340
METER 690023

FILED
09-28-01
OCT 2{ } 2001
PER _____
HARRISBURG, PA    DEPUTY CLERK

OPEN IN PRESENCE OF INMATE

RETURN TO SENDER:
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER

RETURNED TO SENDER REFUSED

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108
OFFICIAL BUSINESS