1:CV-01-1282

Plaquemines Parish Detention Center
110 Prison Road
Braithwaite, LA 70040
A74-891-110
Date, Dec, 3, 2001
Desmond. V. Gayle

FILED
HARRISBURG

DEC 10 2001

MARY E. D'ANDREA, CLE
Per
DEPUTY CLERK

To: the Clerk of Court,
United States District Court,
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, P.A. 17108
Docket # → 01282

Dear Clerk,

                              Good-day to you!

This letter is to Notify you of my
Change of Address.

I.N.S have Transferred me today
To the above stated Facility.

It is my Responsibility to let the
Court Know of My Change of
Address. Please input My New
Location, in your Records And/or
Computer. thank you!
          Your Respectfull D. V. Gayl