JUDGE'S COPY

Copy 19

RECEIVED
HARRISBURG, PA
FEB 25 2002
MARY E. D'ANDREA, CLERK
Per SJS

Plaquemines Parish Detention Center,
110 Prison Road.
Braithwaite, LA. 70040
Date, Feb, 14, 2002.
Desmond. V. Gayle,
Prison,
ID # A74-891-110.
Your Respectfully, D.V. Gayle.

[Urgent Matters Active]

To: The Clerk of Court,
United States District Court.,
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, P.A. 17108

[Refile Case 01-CV-01282]

Dear Clerk,
   I have learned today, that Case Docket # Number 01-CV-1282, have been Dismissed without Prejudice, Because of simple misunderstanding of Motion, that I have Filed. I would like to Refiled my Case, please send me the Necessary "Form, to fill out."