*See Attachment*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE, :
:
    Plaintiff :
:
    v. : CIVIL NO. 1:01-CV-1282
:
THOMAS HOGAN, et al., : (Judge Caldwell)
:
    Defendants :

FILED
HARRISBURG, PA
FEB 28 2002
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

O R D E R

    AND NOW, this 28th day of February, 2002, it is ordered that:

    1. All discovery shall be completed within sixty (60) days of the date of this order.

    2. Dispositive motions, if any, shall be filed within thirty (30) days of the close of discovery.

                                            William W. Caldwell
                                            United States District Judge