**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Divisional Offices

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

February 28, 2002

Mr. Desmond V. Gayle
A74-891-110
Plaquemines Parish Detention Center
110 Prison Road
Braithwaite, LA 70040

FILED
SCRANTON

FEB 28 2002

PER _____
DEPUTY CLERK

Re: <u>Gayle v. Hogan, et al.</u>, Civil No. 1:CV-01-1282
    (M.D. Pa.)

Dear Mr. Gayle:

This correspondence is in response to your recent letter received February 25, 2002, in which you ask to "refile" your case.

Please be advised that your case is still active. It was not terminated when the Court dismissed your motion for release from custody of INS. Noting that the discovery period in your case is expired, the Court has issued an order directing the close of discovery and setting a date for the filing of dispositive motions. Please be mindful of these dates.

I hope this advice has been of assistance to you.

Sincerely,

Lois A. Fuller
Pro Se Writ Clerk

laf