ORIGINAL



22
4-1-02

FILED

MAR 2 9 2002

PER
HARRISBURG, PA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNYSYLVANIA

DESMOND V. GAYLE        :   :CV-01-1282
       Plaintiff             :   (Judge Caldwell)
                             :
       V.                       :
                             :
WARDEN HOGAN AND DEPUTY BOWEN,   :
       Defendants            :

## MOTION FOR SUMMARY JUDGMENT
## BY DEFENDANTS WARDEN HOGAN AND DEPUTY BOWEN

       AND NOW, come the Defendants, Warden Hogan and Deputy Bowen, by and through their attorney, Donald L. Reihart, Esquire, Assistant Solicitor for York County, Pennsylvania, and move Your Honorable Court to enter summary judgment in their favor, based upon the pleadings, affidavits, and other documents produced, including the Statement of Facts, which is submitted herewith, for it is contended that as to the claims alleged, there is no genuine issues of material fact to be tried, and that judgment should

be entered in favor of the Defendants as a matter of law.

Respectfully submitted,

By: _____

Donald L. Reihart, Esquire
Sup. Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Dated: 3/25/02

Assistant Solicitor for York County

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNYSYLVANIA

DESMOND V. GAYLE             :      3:CV-01-1282
          Plaintiff           :      (Judge Caldwell)
          : 
          V.           : 
          : 
WARDEN HOGAN AND DEPUTY BOWEN,    : 
          Defendants           : 

## CERTIFICATE OF SERVICE

I, Donald L. Reihart, Esquire, certify that a true and correct copy of the foregoing

MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS WARDEN HOGAN AND

DEPUTY BOWEN, was caused to be served on the date shown below by depositing

same in the United States mail, first-class, postage prepaid thereon, addressed as

follows:

> Desmond V. Gayle
> York County Prison
> 3400 Concord Road
> York, PA  17402

Respectfully submitted,

By: _____
     Donald L. Reihart, Esq.
     Sup. Ct. I.D. #07421
     2600 Eastern Boulevard, Suite 204
     York, PA 17402-2904
     Telephone (717) 755-2799
     Assistant Solicitor for York County

Date: 3/25/02