Tensas Parish Detention Center;
— South.
HC-62, P.O. Box, 500.
Waterproof, LA. 71375.
Date, April, 19, 2002
IN.S # A74-891-110
Desmond V. Gayle

Yours Respectfully,
D. V. Gayle

To: The Honorable Judge;
William W. Caldwell,
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
PO Box 983
Harrisburg, P.A. 17108.

RE: Civil No. 1:01-CV-1282

FILED
SCRANTON
APR 30 2002
PER _____
DEPUTY CLERK

Dear Honorable Judge; Caldwell,
Please! Could you give me an extra (60) days, of extention time period, in order to obtaine my Discovery from (Case 01-1474) in the United States Court of Appeals, For the third Circuit. Docket 01-1474 The Information needed is in the Appeal Court My Discovery will Contained Data and Information, that I have filed a Motion in March 2001. Stated in Supplemental Support of Motion

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: pacer.ca3.uscourts.gov

MARCIA M. WALDRON
CLERK

TELEPHONE
215-597-2995

March 19, 2002

Mr. Desmond V. Gayle
Reg. No. A74-891-110
Tensas Parish Detention Center
P.O. Box 500    HC-62
Waterproff, Louisiana 71375

Re: Gayle vs. York County Prison
    No. 01-1474

Dear Mr. Gayle:

This is in reference to your letter of March 14, 2002, regarding the above-referenced case.

A copy of the motion to obtain a Public Defender, motion for a transfer and docket sheets consist of 7 pages (50 cents a page) for a total of $3.50. Please make check payable to Clerk, U.S. Court of Appeals.

Very truly yours,
MARCIA M. WALDRON, Clerk

By: Eileen Gordon Roth
Administrative Services Coordinator

EGR/mw

A74-891-110
April 19, 2002
D. V. Gayle