05/07/02 12:29 FAX 7172213976      JUDGE WILLIAM CALDWELL      ☒002

1:01-cv-1282

Tensas Parish Detention Center,
- South.
HC-62, P.O. Box 500
Waterproof, L.A. 71375
Date, April, 30th, 2002
Desmond V. Gayle    D.V. Gayle
I.N.S # A74-891-110
Signature = Your Respectful

FILED
SCRANTON
MAY -7 2002
PER ___
DEPUTY CLERK

To: The Honorable Judge of
the Court
Judge: William W. Caldwell.

United States District Court,
Middle District of Pennsylvania.
U.S. Courthouse,
228 Walnut Street.
P.O. Box, 983.
Harrisburg, P.A. 17108.

Dear Judge; Caldwell,
                        Good Day!

Please! Could you give me AN (30 DAYS)
extension of time, to obtained
my Discovery; from the -----

---United States Court of Appeals
For the third Circuit
601 Market Street, Philadelphia, P.A. 19106.

**OFFICE OF THE CLERK**
**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: pacer.ca3.uscourts.gov

MARCIA M. WALDRON
CLERK

TELEPHONE
215-597-2995

March 19, 2002

Mr. Desmond V. Gayle
Reg. No. A74-891-110
Tensas Parish Detention Center
P.O. Box 890   HC-62
Waterproof, Louisiana 71375

Re: Gayle vs. York County Prison
    No. 01-1474

Dear Mr. Gayle:

This is in reference to your letter of March 14, 2002, regarding the above-referenced case.

A copy of the motion to obtain a Public Defender, motion for a transfer and docket sheets consist of 7 pages (50 cents a page) for a total of $3.50. Please make check payable to Clerk, U.S. Court of Appeals.

Very truly yours,
MARCIA M. WALDRON, Clerk

By:   Eileen Gordon Roth
      Administrative Services
      Coordinator

EGR/mv

April 30th 2002
D. V. Gayle

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK      APR 0 2 2002
------------------------------------X
                                          TIME A.M.
DESMOND V. GAYLE

            Petitioner,

    - against -
                                                99cv6542 (SJ)
                                                <u>ORDER</u>

SUPERINTENDENT YORK COUNTY
PRISON.

           Respondent.
------------------------------------X

JOHNSON, District Judge:

    Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. 2241, filed on October 13, 1999, it is ORDERED that:

(1) Petitioner is GRANTED a temporary STAY of deportation pending resolution of Petitioner's claims in this case;
(2) Service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to the United States Attorney, and by mailing a copy of this Order to the Petitioner;

                                               [signature]
                                                  U.S.D.J.

Dated: March 28, 2002
      Brooklyn, New York

April, 30th, 2002
D-V. Gayle