**ORIGINAL**

3:01cv1282

(29)

Amo 5/9/0[2]

Tensas Parish Detention Center, — South,
HC-62, P.O. Box 500
Waterproof, L.A. 71375,
Date, April, 30th, 2002

Desmond V. Gayle   D. V. Gayle
I.N.S.# A74-891-110
Signature = Your respectful D.V.G.

To: The Honorable Judge of the Court
Judge: William W. Caldwell.

United States District Court,
Middle District of Pennsylvania.
U.S. Courthouse,
228 Walnut Street.
P.O. Box, 983.
Harrisburg, P.A. 17108.

FILED
SCRANTON
MAY 0 8 2002
PER Amo
DEPUTY CLERK

Dear Judge; Caldwell,
           Good Day!

Please! Could you give me an (30 days) estension of time, to obtained my Discovery, from the —

— United States Court of Appeals
For the third Circuit
601 Market Street, Philadelphia, P.A. 19106.

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: pacer.ca3.uscourts.gov

MARCIA M. WALDRON
CLERK

TELEPHONE
215-597-2995

March 19, 2002

Mr. Desmond V. Gayle
Reg. No. A74-891-110
Tensas Parish Detention Center
P.O. Box 500   HC-62
Waterproff, Louisiana 71375

Re: Gayle vs. York County Prison
    No. 01-1474

Dear Mr. Gayle:

This is in reference to your letter of March 14, 2002, regarding the above-referenced case.

A copy of the motion to obtain a Public Defender, motion for a transfer and docket sheets consist of 7 pages (50 cents a page) for a total of $3.50. Please make check payable to Clerk, U.S. Court of Appeals.

Very truly yours,
MARCIA M. WALDRON, Clerk

By:   Eileen Gordon Roth
      Administrative Services
      Coordinator

EGR/mw

April 30th 2002
D. V. Gayle

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK   APR 02 2002
------------------------------------------------X P.M.
DESMOND V. GAYLE                TIME A.M. 

                  Petitioner,

    - against -
                                                    99cv6542 (SJ)
                                                    ORDER

SUPERINTENDENT YORK COUNTY
PRISON.

                  Respondent.
------------------------------------------------X

JOHNSON, District Judge:

    Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. 2241, filed on October 13, 1999, it is ORDERED that:

(1)   Petitioner is GRANTED a temporary STAY of deportation pending resolution of Petitioner's claims in this case;
(2)   Service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to the United States Attorney, and by mailing a copy of this Order to the Petitioner;

                                                                       U.S.D.J.

Dated: March 28, 2002
       Brooklyn, New York

*April, 30th, 2002*
*D. V. Gayle*