OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
Clerk of Court

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Divisional Offices

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

May 10, 2002

FILED
SCRANTON
MAY 10 2002
PER _____
DEPUTY CLERK

Mr. Desmond V. Gayle
A74-891-110
Tensas Parish Detention Center, South
P.O. Box 500, HC-62
Waterproof, LA 71375

Re:  Gayle v. Hogan, et al., Civil No. 1:CV-01-1282 (M.D. Pa.)

Dear Mr. Gayle:

I have been directed to respond to your recent letters dated April 19 and April 30, 2002.

Your letters appear to be similar. In both you appear to request an enlargement of time to conduct discovery while you obtain certain documents from an appeal you have pending in the Third Circuit, docketed at C.A. No. 01-1474.

The Judge has told me that an extension of time to conduct discovery is possible, but you must first file with the Clerk of Court a motion seeking an extension. A request in a letter is not enough. You must serve defense counsel with copies of any such motion, and otherwise comply with the local rules of the court.

On March 29, 2002, defendants filed a motion for summary judgment. To date you have not responded to that motion. If your April letters were also intended as a request for enlargement of time to respond to defendants' motion, that request must also be placed in a motion filed with the Clerk of Court. Alternatively, you must file a brief in opposition to the summary judgment motion that complies with M.D. Pa. Local Rule 7.6, as per a court order filed May 9, 2002.

I hope this information is helpful to you.

Sincerely,

Lois A. Fuller
Pro Se Writ Clerk

laf