ORIG[INAL]

(31)
Amo
5/21/0[2]

Desmond V. Gayle
# A74 891 110
Tensas Parish Detention Center, HC-62
P.O. Box 500
Waterproof, LA. 71375

DATE / MAY / 12 / 2002    SIGNATURE D.V. Gayle

To: Judge; William W. Caldwell.

United States District Court

Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, P.A. 17108.
(Discovery Motion)

FILED
SCRANTON
MAY 21 2002
PER _____
DEPUTY CLERK

Docket# Re: CV-01-1282

The Attached Information is my Discovery Motion, towards the above Case # 01-1282. If I obtained Further Records of the (York County Prison Cruelty) towards me, while I was there, I will used such further Records as part two of this Discovery Motion.

Original in clerks office
cc to SAO

RECEIVED
MAR 12 2001
USCA 3rd CIR.

signature

Ø.V. Gayle

York County Prison
3400 Concord Road
York, PA 17402.

Date, March, 9, 2001.
ID # 55438
I.N.S # A74-891-11

United States Court Of Appeals
For the third Circuit.
21400 United States Courthouse
601 Market Street
Philadelphia, P.A. 19106-1790

Received and Filed
3-12-01
Marcia M. Waldron, Clerk

RE: Gayle V. York County Prison
No. 01-1474 (Notified
By Copy of this Motion, Appellee(s) has been Notif
Motion to be Remove, or Transfered
To A Federal Psychiatric Hospital
or A Federal Institution, or Prison.

I Am under imminent danger of
Serious physical Injury, from
several York County Prison Correction
Officers. They have been Asking
me Multiple questions, About the
Appeal of My Lawsuit, in your Court.
They have threaten me profanely
And Angry, Angrily. I cannot even sleep
At night, After these threats, upon me
Please do something Urgently.
That is why I Am Asking for A Transfer

May, 12, 2002
Ø.V. Gayle

signature

L. V. Gayle
L. V. Gayle

York County Prison,
3400 Concord Road.
York, P.A. 17402
Date, March, 9, 2001
ID# 55438
I.N.S # A74-891-110
(Immigration)

MAR 12 2001
U.S.C.A. 3rd CIR.

RECEIVED
STAFF ATTORNEYS
U.S.C.A. 3rd CIR.

United States Court of Appeals,
For the third Circuit.
21400 United States Courthouse
601 Market Street
Philadelphia, P.A. 19106-1790
Re: Gayle .V. York County Prison
No. 01-1474

Motion To obtain Federal Public Defender
From the above Court of Appeal, To
Handle My Case, No. 01-1474

By Copy of this Motion, Appellee
Has been Notified

Received and Filed
3-12-01
Marcia M. Waldron, Clerk

May 12, 2002
L. V. Gayle

Please Could you the Court Assigned A
Federal Public Defender, on My Case,
Because I Am A diagnoist, Recorded,
Certified, Mentally ill Patient, From New York
State, Mid-Hudson Psychiatric Hospital.
I need Legal help, with My Case, in Your Court.

From: Desmond V. Gayle
I.N.S # A74-891-110
Inmate # 200203000663
Tensas Parish Detention Center,
— South.
Hc-62, P.O. Box 500
Waterproof, LA. 71375

Official Business
Legal Mail

RECEIVED
MAY 20 2002
MARY E. D'ANDREA, CLERK

To: The Honorable Judge;
William W. Caldwell
United States District Court,
Middle District of Pennsylvania.
U.S. Courthouse,
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108