

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

Mr. Desmond V. Gayle
274-891-110
Tensas Parish Detention Center, South
HC-62, P.O. Box 500
Waterproof, LA 71375

RETURNED TO SENDER

---

THE CLERK
DISTRICT COURT
the
OF PENNSYLVANIA
al Bldg. & U.S. Courthouse
shington Avenue
Box 1148
A 18501-1148

FAX (570) 207-5650
ww.pamd.uscourts.gov

Divisional Offices

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

10, 2002

FILED
SCRANTON
MAY 22 2002
PER _____
DEPUTY CLERK

th

Civil No. 1:CV-01-1282 (M.D. Pa.)

nd to your recent letters dated April 19
ilar.  In both you appear to request an
covery while you obtain certain documents
the Third Circuit, docketed at C.A. No.

extension of time to conduct discovery
le with the Clerk of Court a motion
n a letter is not enough.  You must serve
y such motion, and otherwise comply with

s filed a motion for summary judgment.  To
at motion.  If your April letters were
largement of time to respond to
must also be placed in a motion filed with
y, you must file a brief in opposition to
complies with M.D. Pa. Local Rule 7.6, as
02.

elpful to you.

Sincerely,

*Lois A. Fuller*

Lois A. Fuller
Pro Se Writ Clerk

laf