1-01-1282
<u>Gayle</u>

ORIGINAL

33
Amp
5/24/0

Please change address to

Desmond V. Gayle
A 74-891-110
Tangipahoa Correctional Facility
101 Campo Lane
P.O. Box 250
Amite, LA   70422

(please put rmk in docket re: remailing)