**JUDGE'S COPY**

33 rm
5/28

FILED
HARRISBURG, PA

MAY 24 2002

MARY E. D'ANDREA, CLERK
Per _____

Tangipahoa Parish Jail,
P.O. Box 250.
Amite, LA. 70422
Date, Wed, May, 15, 2002

Desmond V. Gayle
I.N.S # A74-891-110
I.D. # 102 0696 (Jail)#
signature D.V. Gayle

To: The Clerk of Court,

United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108.

RE: Case #: CV-01-1282
(Judge William W. Caldwell)

Dear Clerk,
 Good Day.
It is my Responsibility to Notify the Court, of my change of Address.

(My New Address is stated above.)
This Jail don't Allowed Pen on the Commissary, so I had to used A pencil

RE: CASE # 3:CV-01-1282

To: The Honorable Judge,
William W. Caldwell.
United States District Court,
Middle District of Pennsylvania.
U.S. Courthouse.
228 Walnut Street,
P.O. Box 983.
Harrisburg, PA. 17108.

FILED
HARRISBURG, PA

MAY 24 2002

MARY E. D'ANDREA, CLERK
Per _____

From Desmond V. Gayle
I.N.S # A74-891-110
I.D. # 1020696
Tangipahoa Parish Jail,
P.O. Box 250.
Amite, LA. 70422.

Legal Mail