FILED
SCRANTON

JUN 07 2002

PER ~~DEPUTY CLERK~~

COPY

(35)

Tangipahoa Parish Jail,
P.O. Box 250.
Amite, LA. 70422
Date, June, 3, 2002
Desmond V. Gayle
signature ——→ D. Gayle
I.N.S# A74-891-110.
I.D. # 1020696.
RE: Civil No. 1: CV-01-1282 (MD. PA)

United States
District Court
Middle District of
Pennsylvania
William J. Nealon
Federal Bldg
U.S. Courthouse

Motion Opposition to the
Summary Judgment Motion
of the Deffendants

(Warden Hogan And Deputy Bowen.)

I Desmond V. Gayle Honestly
opposed the ___ Motion for
Summary Judgment,
filed By the Defendants Attorney
Donald L. Reihakt, on March/29/2002/

I did so Exhausted the Remedies
of the York County Prison Board,
And Addministrations. And Was
Denied several times by the Commisioner
I Desmond V. Gayle Asking the Court
under penalty of Parjury to Dismissed,
or Denied the Defendants Motion for

Tangipahoa Parish Jail
P.O. Box 250
Amite, LA. 70422
Date June. 3, 2002
Desmond V. Gayle
I.N.S # A74-891-910
I.D. # 10-20-696,
Your Respectfull D.V. Gayle

RE: Civil No. 1: CV-01-1282 (MD. PA.)
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building

(Motion Requesting Enlargement
of time from the Court.)

I, Desmond V. Gayle asking the
Court to for for enlargement of
time to obtained Documents from
the United States Court of Appeal
For the third Circuit
at 21400 U.S Courthouse
601 Market Street
Philadelphia, P.A. 19106-1790
A Motion to Filed in the Appeal Court
on "March, 12, 2001, And A letter of
"March, 19 2001" in same Appeal Court.

OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

**MARCIA M. WALDRON**
**CLERK**

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

**TELEPHONE**
**215-597-2995**

Website: pacer.ca3.uscourts.gov

April 22, 2002

Mr. Desmond V. Gayle
Reg. No. A74-891-110
Tensas Parish Detention Center
P.O. Box 500    HC-62
Waterproof, Louisiana 71375

        Re: Gayle vs. York County Prison
            No. 01-1474

Dear Mr. Gayle:

        This is in reference to your letter, of March 28, 2002, regarding the above-referenced case.

        A copy of the Motions filed on March 9, 2001 consist of 11 pages (50 cents a page), the Motion filed on March 12, 2001 consists of 1 page and the Letter of March 19, 2001 consists of 3 pages for a total of 15 pages for a total of $7.50.  Please make check payable to: Clerk, U.S. Court of Appeals.

                            Very truly yours,
                            MARCIA M. WALDRON, Clerk

                            By:   Eileen Gordon Roth
                                  Administrative Services
                                  Coordinator

EGR/mw

*[handwritten signature] D. V. Gayle*
*June, 3, 2002*
*RE: Civil No 1: CV-01-1282*

Please Write me back
And let me know if you Received
this letter's?
And Documents?

Tangipahoa Parish Jail,
P.o.Box 250.
Amite, LA. 70422.
Date, June/3/2002
Desmond V. Gayle.

I.N.S # A74-891-110,
I.D. # 1020696.
RE: Civil No 1: CV-01-1282
United States District Court
Middle District of Pennsylvania
William J. Nealon Bldg.
U.S Courthouse

SIGNATURE D.V. Gayle

To: Pro Se Writ Clerk.,
Dear Lois A. Fuller.,

Please Could you send A photo
Copy to Donald L. Reihort,
Lawyer for the Defendants,
Because I do not
have Access or Reach to A
Photo Copy Machine.
I am lock down 23 hours
per day, Please! I would be
thankfull for your Sincere help.
I opposed the Defendants
Summary Judgement.

DONALD L. Reihart, ESQ.
FAX 755-2530
Phone 717-755-2799
(CoR NtC cty)

Law Offices of Donald L. Reihart
2600 Eastern Boulevard
Suite 204
York, PA. 17402.

June, 3, 2002

Attention Please! Could I obtained
the third Circuit files
through your Court

Please Notice Carefully the
Documents I Need or MAY Need
When I first filed this Action Case
to the best of my memories I did send
the your Court copies of
the Denied Request From the
York County Board of Commissioner
three Commissioners Shirley L glass, MR Donaehue
I forget the third Commissioner NAME