FILED
SCRANTON
JUN 1 8 2002
PER _____
DEPUTY CLERK

Tangipahoa Parish Prison
P.O. Box 250
Amite, LA. 70422
Date June, 13, 2002

Desmond V. Gayle
Signature _____
I.N.S # A74-891-110
I.D. # 102 06 96

Judge William W. Caldwell:
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg
United States Courthouse
Scranton, PA 18501-1148

Docket # B:CV-01-1282

Motion in Opposition of Defendant Summary Judgment Filed By Defendant on March 28-29 2002.

I Desmond V. Gayle do hereby declare under penalty of parjury, that on this date herein, June, 13, 2002 stated that, I did Filed An Appeal to the President of York County Prison Board, With the Commissioners, About March 2001 to May 2001, to Commissioner

**BOARD ADDRESS**

7.

Inmate Desmond V. Gayle did not exhaust the administrative remedies available to him for his complaints about his conditions of confinement as outlined in the facts set forth in the complaint filed in the above-captioned matter.

8.

The written rules and regulations concerning the administrative procedures provide the following:

> "An inmate who is not satisfied with the solicitor's review of his case or the decision of the Complaint Review Board shall have the final right to review by the York County Prison Board. The appeal must be filed within thirty (30) days of the receipt of the notice of the decision appealed. Such appeal may be in letter form, shall explain the reasons for the appeal, be addressed and mailed to President, Prison Board of York County Commissioners, One West Marketway, 4th Floor, York, Pennsylvania 17402. The grievance system shall not be exhausted 'within the meaning of the State and Federal law unless all reviews and appeals are timely taken and denied." (See Exhibit "1")

9.

The same information set forth above is in the Inmate Handbook which was given to Inmate Desmond V. Gayle at the time of his admission and was available to him during his entire tenure as an inmate at the York County Prison. (See Exhibit "2")

10.

I certify that the attached Exhibits are true copies of the designated documents.

_Kathleen L. Harner_  
Witness

_Donald L. Reihart_  
Donald L. Reihart  
Assistant County Solicitor

Sworn or affirmed to and subscribed to before me, this 26th day of March, 2002

_Deborah C. Keeports_  
Notary Public

Notarial Seal  
Deborah C. Keeports, Notary Public  
Springettsbury Twp., York County  
My Commission Expires July 21, 2003  
Member, Pennsylvania Association of Notaries

D. V. Gayle  
Dated June/13/2002  
Attached to Motion