IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE, :
:
      Plaintiff :
: CIVIL NO. 1:CV-01-1282
  v. :
: (Judge Caldwell)
THOMAS HOGAN, et al., :
:
      Defendants :

O R D E R

AND NOW, this 26th day of June, 2002, it is ORDERED that Gayle's Discovery Motion (doc. 31) is deemed withdrawn for failure to submit a supporting brief, see M.D. Pa. Local Rule 7.5, and because it does not describe the relief it seeks.[1]



WILLIAM W. CALDWELL
United States District Judge

---

[1] If Gayle wishes to conduct discovery in this matter, he need not seek the court's assistance in doing so unless a dispute or impasse arises between the parties with respect to a particular discovery request. Gayle is advised to consult the Middle District of Pennsylvania Rules of Court and the Federal Rules of Civil Procedure related to discovery issues in formulating any discovery request he seeks to serve upon the defendants.