IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE,            :
                             :
          Plaintiff          :
                             :   CIVIL NO. 1:01-CV-1282
     v.                      :
                             :   (Judge Caldwell)
THOMAS HOGAN, et al.,        :
                             :
          Defendants         :

ORDER

AND NOW, this 27th day of June, 2002, it is ordered that:

1. Defendants' motion for summary judgement (doc. 22) is denied.

2. The Clerk of Court is directed to vacate the Administrative Order issued in this case (doc. 4), and refund to plaintiff any monies previously withdrawn from his account toward the filing fee in this action.

3. Paragraph 1 of the July 18, 2001, Order (doc. 6), is modified to read as follows: "Plaintiff is granted in forma pauperis status."

4. The parties may file additional dispositive motions in this matter within thirty days of the date of this order.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge


FILED
JUN 27 2002
HARRISBURG PA.    DEPUTY CLERK