COPY

FILED
SCRANTON

JUL 1 2 2002

PER _____ DEPUTY CLERK

Tangipahoa Parish Prison
P.O. Box 250
Amite, LA. 70422
Date, July, 4th, 2002
Desmond V. Gayle
I.N.S # A74-891-110

To: The Clerk of Court,
United States District Court,
235 North Washington Ave.
P.O. Box 1148
Scranton, PA 18501
Re: Case No: 1:01-CV-1282
(Judge: William W. Caldwell)

## A Dispositive Motion: Requesting A Settlement Out of Court.

I Desmond V. Gayle is willing to settle this matter through the Court, or out of Court. (Settlement) By asking the Defendants for a Reasonable Sum of ($600,000.00) Six Hundred Thousand Dollars.

If the Defendants disagree with the amount stated, therefore I am ready to go to Trial, and seek Justice.

Signed on this date July, 4th, 2002.

V. Gayle

Tangipahoa Parish Prison
P.O. Box 250
Amite, LA. 70422
Date, July 4th, 2002
Desmond V. Gayle
I.N.S # A74-891-110

FILED
SCRANTON
JUL 12 2002
PER _____ DEPUTY CLERK

To: The Clerk of Court,
United States District Court,
235 North Washington Ave.
P.O. Box 1148
Scranton, PA 18501
RE: Case No: 1:01-CV-1282

Dear Clerk,,

Good Day!

Please, could you send a copy of the enclosed attached Motion to Donald L. Reihart, Lawyer for the Defendants.

I dont have access, or reach to a photocopy machine, because I am lockdown 23 hours/day.
I would be very much thankfull.
Your Respectfully

Address for Donald L. Reihart
Sup. Ct. I.D. #07421
2600 Eastern Boulevard, Suite 204
York, PA. 17402-2904
Phone # (717) 755-2799