**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

COPY

July 22, 2002

Mr. Desmond V. Gayle
A74-891-110
Tangipahoa Parish Prison
101 Campo Lane
P.O. Box 250
Amite, LA 70422

FILED
SCRANTON
JUL 22 2002
PER _____
DEPUTY CLERK

Re: Gayle v. Hogan, et al.,
    Civil No. 1:CV-01-1282 (M.D. Pa.)

Dear Mr. Gayle:

I have been directed to respond to your letter of July 4, 2002.

Your letter requests that the Clerk's Office serve defense counsel with your proposed settlement offer in this case. Please note that correspondence dealing with settlement negotiations is not served on the Court. Therefore, in the future, any such settlement correspondence should be sent directly to defense counsel, and not the Court. However, on this one occasion, this office will forward your settlement offer to Attorney Reihart.

Sincerely,

Lois A. Fuller
Pro Se Writ Clerk

laf

cc: Donald L. Reihart (w/attachment)

Tangipahoa - Parish Prison
P.O. Box 250
Amite, LA. 70422
Date, July 4th, 2002
Desmond V. Gayle
I.N.S # A74-891-110

FILED
SCRANTON
JUL 12 2002
PER _____ DEPUTY CLERK

To: The Clerk of Court,
United States District Court,
235 North Washington Ave.
P.O. Box 1148
Scranton, PA 18501
Re: Case No: 1:01-CV-1282

Dear Clerk,
                Good Day!
Please, could you send a copy
of the enclosed attached motion
to Donald L. Reihart,
Lawyer for the Defendants.

I don't have access or reach to
a photocopy machine, because
I am lockdown 23 hours/day.
I would be very much thankfull.
    Your Respectfully,

COPY

FILED SCRANTON
JUL 12 2002
PER ____ DEPUTY CLERK

Tangipahoa Parish Prison
P.O. Box 250
Amite, LA. 70422
Date, July 4th 2002
Desmond V. Gayle
I.N.S # A74-891-110

To: The Clerk of Court,
United States District Court,
235 North Washington Ave.
P.O. Box 1148
Scranton, PA 18501
RE: Case No: 1:01-CV-1282
(Judge: William W. Caldwell)

A Dispositive Motion:
Requesting A Settlement Out of Court.

I Desmond V. Gayle is willing to settle this matter through the court, or out of court (settlement) by asking the Defendants for a reasonable "sum of" ($600,000.00) Six Hundred thousand Dollars.
If the Defendants disagree with the amount stated, therefore I am ready to go to Trial, And seek Justice.
Signed on this Date July, 4th 2002.
Gayle

Address for Donald L. Reihart
Sup. Ct. I.D. #07421
2600 Eastern Boulevard, Suite 204
York, PA. 17402-2904
Phone # (717) 755-2799