Law Clerk's Copy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNYSYLVANIA

DESMOND V. GAYLE,            :     3:CV-01-1282
        Plaintiff              :     (Judge Caldwell)

                               :

     V.                        :               **FILED**
                               :      HARRISBURG, PA

WARDEN HOGAN, et al,         :
        Defendants        :         JUL 2 3 2002

MARY E. D'ANDREA, CLERK
Per_____
             Deputy Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE A DISPOSITIVE MOTION

Donald L. Reihart, Esquire, attorney for the above-named Defendants, moves Your Honorable Court to grant an extension for the filing of a dispositive motion, for the following reasons:

1.

On June 27, 2002, the Court granted an additional Thirty (30) days to the Defendants to file a dispositive motion.

2.

Since receipt of the Court Order, counsel has been endeavoring to obtain affidavits from various employees of the York County Prison to file with a Motion for Summary

Judgement.  Because of vacation schedules, it has not been and will not be possible to obtain the necessary affidavits and other material needed to file a dispositive motion in the above-captioned case.

3.

Counsel requests the Court to grant an additional Thirty (30) days, or until August 27, 2002, in which to file dispositive motions.

Respectfully submitted,

By: _____

Donald L. Reihart, Esquire
Sup. Ct. I.D. #07421
2600 Eastern Boulevard
Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Dated: 7-18-02

Assistant Solicitor for York County

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| DESMOND V. GAYLE,<br>Plaintiff | : | 3:CV-01-1282<br>(Judge Caldwell) |
| | : | |
| V. | : | |
| | : | |
| WARDEN HOGAN, et al,<br>Defendants | : | |

## CERTIFICATE OF SERVICE

I, Donald L. Reihart, Esquire, certify that a true and correct copy of the

foregoing MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION, was

caused to be served on the date shown below by depositing same in the United States

mail, first-class, postage prepaid thereon, addressed as follows:

> Desmond V. Gayle
> Tangipahoa Parish Prison
> P.O. Box 250
> Amite, LA 70422

Respectfully submitted,

By: _____

Donald L. Reihart, Esq.
Sup. Ct. I.D. #07421
2600 Eastern Boulevard, Ste 204
York, PA 17402-2904
Telephone (717) 755-2799
Assistant Solicitor for York County

Date: 7-18-02