IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE,                :
                                 :
        Plaintiff                :
                                 :    CIVIL NO. 1:CV-01-1282
    v.                           :
                                 :    (Judge Caldwell)
THOMAS HOGAN, et al.,            :
                                 :
        Defendants               :

O R D E R

AND NOW, this 29th day of July, 2002, it is ordered that Defendants' motion for Extension of Time to File a Dispositive Motion is granted.  Defendants, or Plaintiff, may a dispositive motion on or before August 27, 2002.

WILLIAM W. CALDWELL
United States District Judge

