IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE,           :       CIVIL NO. 1:CV-01-1282
          Plaintiff,       :

        v.                :       (JUDGE WILLIAM W. CALDWELL)

WARDEN HOGAN and            :
DEPUTY BOWEN,               :
          Defendants.      :

**FILED**
HARRISBURG. PA

AUG 2 2 2002

MARY E. D'ANDREA, CLE
Per _____

## MOTION FOR SUMMARY JUDGMENT
## OF WARDEN HOGAN DEPUTY BOWEN

AND NOW, come Defendants, Warden Hogan and Deputy Bowen, by and through

Donald L. Reihart, Esquire, Assistant Solicitor for York County, Pennsylvania, and move

Your Honorable Court to enter summary judgment in their favor, based upon the

pleadings, affidavits, and other documents produced, and the Statement of Facts which is

submitted herewith, for it is contended that as to the claims alleged, there is no genuine

issues of material fact to be tried, and that Defendants are entitled to judgment as a

matter of law.

Respectfully submitted,

By:_____
       Donald L. Reihart, Esquire
       Sup. Ct. I.D. #07421
       2600 Eastern Boulevard
       Suite 204
       York, PA 17402-2904
       Telephone (717) 755-2799
Date: 8-21-02       Assistant Solicitor for York County

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| DESMOND V. GAYLE | : | CIVIL NO. 3:CV-01-1282 |
|         Plaintiff, | : | |
| | : | |
|       v. | : | (JUDGE WILLIAM W. CALDWELL) |
| | : | |
| WARDEN HOGAN and | : | |
| DEPUTY BOWEN, | : | |
|         Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Donald L. Reihart, Esquire, Assistant Solicitor for York County, hereby certify that a true and correct copy of the foregoing Motion for Summary Judgment of the Defendants, Warden Hogan and Deputy Bowen, was caused to be served on the date shown below by depositing same in the United States mail, first-class, postage prepaid, addressed as follows:

> Desmond Gayle
> Tangipanoa Parish Prison
> P.O. Box 250
> Amite, LA  70422

Respectfully submitted,

By: _____
Donald L. Reihart, Esq.
Sup. Ct. I.D. #07421
2600 Eastern Boulevard, Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Date: 8-21-02

Assistant Solicitor for York County