**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DESMOND V. GAYLE | : | CIVIL NO. 1:CV-01-1282 |
| Plaintiff, | : | |
| | : | |
| v. | : | (JUDGE WILLIAM W. CALDWELL) |
| | : | |
| WARDEN HOGAN and | : | |
| DEPUTY BOWEN, | : | |
| Defendants. | : | |

**FILED**
HARRISBURG, PA

AUG 2 2 2002

____ D'ANDREA, CLE

**AFFIDAVIT OF DENNIS BOWEN, DEPUTY WARDEN**

Dennis Bowen, being duly sworn, deposes and says:

My name is Dennis Bowen. I am a Defendant in the above-captioned lawsuit. I reside in York County, Pennsylvania and serve as a Deputy Warden of the York County Prison. This affidavit is based on my personal Knowledge and information. I am competent to testify and would state as follows if called as a witness at trial:

1.

On March 12, 2001, I was employed at the York County Prison as a Deputy Warden. Desmond V. Gayle was a duly admitted INS inmate in the prison on, before and after March 12, 2001.

2.

On March 12th and thereafter, I reviewed appeals in the disciplinary system established at the York County Prison.

3.

On March 12, 2001, Desmond V. Gayle became in a fight with another inmate. During the fight Gayle threw Comet in the eyes of the other inmate and beat him with a broomstick.

4.

The matter was presented in a disciplinary hearing on March 15, 2001. During this hearing Gayle plead not guilty, but admitted that he did throw Comet in the other inmate's face and hit him with the broom handle. The broom handle was broken during the beating. The fighting ended when the other inmate left to wash the comet from his eyes. Gayle was placed in the BAU. (See attached disciplinary records Exhibit "A")

5.

The evidence presented established that Gayle exchanged "heated words" with the other inmate, left the area, armed himself with Comet cleanser and a broomstick and then returned and voluntarily became engaged in combat with the other inmate.

6.

At the hearing Gayle was found guilty of assault with a weapon and sentence to sixty (60) days in the BAU. He was given four (4) days credit for time served.

7.

Gayle appealed the decision of the hearing officer. I reviewed the matter and found that he had committed a premeditated assault on the other prisoner by throwing scouring powder in his eyes and by beating him with a stick. I denied his appeal.

8.

I had no further contact with inmate Gayle as concerns the matters raised in the complaint, which he filed against me in the above-captioned action.

9.

I was not aware of or participated in the care Gayle received in the medical section of the prison.

10.

I know of no constitutional violations that were committed as a result of the treatment received by inmate Gayle while confined in the York County Prison.

Dated: _____8/14/02_____          _Dennis Bowen_____
                                                           Dennis Bowen


Sworn and subscribed to
Before me this _14th_ day
Of _August_____, 2002.

_Deborah C. Keport_____
Notary Public

My Commission Expires:

Notarial Seal
Deborah C. Keports, Notary Public
Springettsbury Twp., York County
My Commission Expires July 21, 2003

Member, Pennsylvania Association of Notaries

**YORK COUNTY PRISON**
**DISCIPLINARY HEARING APPEAL**
**DEPUTY WARDEN RESPONSE**

TO: _DESMOND GAYLE_          DATE: _16 MARCH 2001_
Inmate Name

_IEB-1B_
Inmate Location

I have reviewed your appeal and my response is as follows:

_Yes, you were head-butted and received a busted lip. In response, you threw scouring powder in the other inmates eyes and beat him with the broken broomhandle. I will make no change in the decision of the disciplinary hearing committee. Appeal is therefore denied._

_Dennis Bowen_
Deputy Warden

**YORK COUNTY PRISON**

**DISCIPLINARY HEARING COMMITTEE**
**APPEAL FORM**

DATE: MARCH/15/2001

Inmate's Name: DESMOND GAYLE   Pouch # 55438
(Print Name)

I Hereby appeal the decision of the Disciplinary Hearing Committee dated MARCH/15/2001
for the Disciplinary Report charging me with: ① ASSAULT WITH A WEAPON
② ASSAULT ON ANOTHER Inmate

BASIS FOR APPEAL I WAS TReated At medical 3/15/0

Inmate TANg buck me and hurst MY lips, When he Attacked me
Officer Ross A Crist even told
Captain Bowers in MY presence, that
I am not A trouble MAKER, And I gives
No trouble, NOR PRoblems on his unit
Block. Imate TANg threaten me, then
Continuously charged And Attacked me.
By the help of God I defended MY self quickly.
Please obtained A Personal Report From officer
Indicate what action you are requesting be taken in this matter: Ross About MY Behavior.
Inmate "TRue" located At "NSD - Bed 3A" he encouraged,
And told TANg to Attacked me, he is the Root of the problem
Because it was self-defense! Please Could you take of

Appeals must be submitted to the Senior Deputy Warden within ten (10) days of the D.H.C. decision.
thirtyfive DAYs off my sentence, or dismissed the
CHARGES AGAINST me, Please! Sir Please, I Beg you.

Signature of Inmate
D V Gayle ——   Date MARCH/15/2001

Form DR-5

Tang Fear True
And what ever,
True said "goes"
True is the Reason, and
Root, Why I am in B.A.U at this moment.

York County Prison
3400 Concord Rd
York, P.A. 17402
Date MARCH, 15, 2001
ID# 55438
Signature T. N. Gayl

Dear MR. Roger Thomas, Deputy Warden

True Located at
NSD - Bed 3A

Good Day sir!

I was on clean-up that day of the incedent, so therefore the comet was in my position. it was my turn to clean the toolet, sink, and shower. the broom was just standing inside the Day Room, when I happen to saw it there.

Inmate True Runs the pod, he decide what the pod watch on TV and what we dont watch. If a movie on channel 7, and he said that, he seen it already, then nobody else get to watch that movie on channel 7. True told TANG to attacked me, without delay, he said it in a loud voice. every body heard True said it of course.

# YORK COUNTY PRISON

### DISCIPLINARY HEARING REPORT

INMATE'S NAME: _D. Gayle_     POUCH # _55438_

DISCIPLINARY DATE: _3/12/01_    HEARING DATE: _3/15/01_

You have been charged with the rules violation(s) listed on the disciplinary report you received on the **DISCIPLINARY DATE** listed above.

Inmate's Plea:

**Charge 1:** ( ) GUILTY (X) NOT GUILTY ( ) DROPPED  **Charge 5:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED

**Charge 2:** ( ) GUILTY (X) NOT GUILTY ( ) DROPPED  **Charge 6:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED

**Charge 3:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED  **Charge 7:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED

**Charge 4:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED  **Charge 8:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED

SUMMARY OF TESTIMONY BY INMATE: _I/m admitted that he_
_did throw comet in the other I/m's face +_
_he did hit the other I/m with a broom. I/m_
_states that the problem is resolved._

TESTIMONY OF INMATE WITNESSES: _____

TESTIMONY OF STAFF REPRESENTATIVE: _____

Form DR-3

INMATE'S NAME: _D. Gayle_          POUCH # _55438_

## THE INMATE WAS FOUND:

Charge 1: (X) GUILTY  ( ) NOT GUILTY  ( ) DROPPED   Charge 5: ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED

Charge 2: (X) GUILTY  ( ) NOT GUILTY  ( ) DROPPED   Charge 6: ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED

Charge 3: ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED   Charge 7: ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED

Charge 4: ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED   Charge 8: ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED

THE DECISION WAS FOUND BASED ON THE PREPONDERENCE OF EVIDENCE AS OUTLINED BELOW:

Based on the content of the report And inmate Gayles Admission during testimony that the report was true.

## HEARING BOARD MEMBERS

_Scott K_____
Signature of Hearing Board Chairman          _3/15/01_
                                             Date

_Carl Neeper_
Signature of Hearing Board Member            _3-15-01_
                                             Date

_J. Robertson_
Signature of Hearing Board Member            _3/15/01_
                                             Date

Form DR-3

## YORK COUNTY PRISON
### SANCTION REPORT

Inmate's Name: _Desmond Gayle_    Pouch # _55438_

As a result of a Disciplinary Report dated: _3/12/01_ and the Disciplinary Hearing

Committee's findings of guilt on _3-15-01_ the following sanction(s) is/are imposed:
(Date of Hearing)

( ) Hearing is being conducted after 3 days due to _____

(X) Commitment to the Bahavioral Adjustment Unit for a period of _60_ days. _Normal review_

(X) You will receive credit for _4_ days already served in the Bahavioral Adjustment Unit.

( ) This sentence is ( ) concurrent with ( ) consecutive to any other Behavioral Adjustment Unit term.

( ) Other: # of days _____ ( ) Pod ( ) Recreation ( ) Phone Restriction. Credit days _____ .

( ) You will be eligible for normal activities and/or reclassification on _____ .(Space permitting)

( ) Other: _____

I have a right to receive a written copy of the charges against me at least 24 hours prior to appearing before the Disciplinary Hearing Committee. I wish to waive that right.

_____
Signature of Inmate

_____
Date

_____
Witness Signature (If inmate refuses to sign)

_____
Date

I hereby acknowledge that I have been advised of my rights that were afforded me at my hearing before the Disciplinary Hearing Committee and have chose to: (X) TESTIFY    ( ) REMAIN SILENT

_____
Signature of Inmate

_____
Date

_Cal Nleeper_
Witness Signature (If inmate refuses to sign)

_3-15-01_
Date

_Scott K_
Signature of Hearing Board Chairman

_3/15/01_
Date

**APPEAL RIGHTS:** You may appeal the decision of the Disciplinary Hearing Committee with regard to the "guilty" finding and/or the sanction(s) imposed. Appeals should be directed to the Senior Deputy Warden **within ten (10) days** of the decision of the Disciplinary Hearing Committee.

Form DR-4

**Other staff or inmates present during incident**

_____          _____
_____          _____
_____          _____

### INVESTIGATIVE OFFICERS REPORT:

Inmate Desmond Gayle #55434 was placed in BAU (Behavioral Adjustment Unit) on 23 hr lockup (JEB-18) until seen by the Hearing Committee. Inmate was also seen by medical & treated (see attached daily)

Forwarded to the warden.

_____          _____
Signature and Title of Investigating Officer            Date: Mar 12, 2001

_____          _____
Printed Name of Investigating Officer    Cpl. Gene Rogers    Time: Approx. 2:30pm

A copy of this Disciplinary Report was delivered to the inmate on:    3/12/01 - Approx. 8:00 am
                                                                      Date and Time

_____
Inmate's Signature

_____
Signature of Officer delivering copy to inmate

Form DR-1

# YORK COUNTY PRISON

## NOTIFICATION OF HEARING
### AND
### REQUEST FOR WITNESS AND/OR STAFF REPRESENTATION

Inmate Name: _Desmond Gayle #55438_

Hearing Date: _Mar 17 2001_      Hearing Time: _Approx 9:00 am_

### NOTICE TO INMATE:

YOUR HEARING WILL BE CONDUCTED WITHIN THREE (3) WORKING DAYS FROM THE DATE OF YOUR DISCIPLINARY REPORT, EXCLUDING WEEKENDS AND HOLIDAYS. YOU HAVE THE RIGHT TO BE PRESENT AT YOUR HEARING. YOU HAVE THE RIGHT TO HAVE WITNESSES AT YOUR HEARING. IF YOU HAVE WITNESSES, YOU MUST COMPLETE THIS FORM AND RETURN IT TO THE HEARING COUNSELOR NO LATER THAN 9:00 AM ON THE FIRST WORKING DAY AFTER YOU RECEIVE YOUR NOTIFICATION OF HEARING.

( ) I request inmate witnesses as indicated below. *(No more than three (3) inmate witnesses will be considered)*

( ) I request a staff representative - Name of staff member: _____

( ) I do not request any inmate witness(es) or staff representation.

*(If you are requesting inmate witnesses, you must state the relevance and the importance of the testimony the witness will provide. Staff representation will not act as an Attorney during your hearing and will offer no legal advice or request a finding of guilty or not guilty and will not influence the decision of the D.H.C. Staff members may only vouch for your work performance and adjust and provide any other factual information with regard to the specific infraction).*

List the names of the inmate witnesses and the information they are expected to provide.

1.) _____

_____

_____

2.) _____

_____

_____

3.) _____

_____

_____

_D. V. Gayle_        _MARCH 13 2001_
Inmate Signature                                   Date

_____      _____
Witness Signature (If Inmate Refuses to sign)        Date

Form DR-2

# YORK COUNTY PRISON
## DISCIPLINARY REPORT

INMATE'S NAME: Desmond Gayle                      POUCH # 55438

DATE OF INCIDENT: 3/12/01            TIME OF INCIDENT: Approx: 1:10 pm

LOCATION OF INCIDENT: New South Block Dpod dayroom

## CHARGES

CHARGE 1: Assault with a weapon                CODE: 1 #13

CHARGE 2: Assault on another inmate            CODE: 1 #12

CHARGE 3: _____            CODE: _____

CHARGE 4: _____            CODE: _____

## DESCRIPTION OF INCIDENT

Gayle stated he was calling Thuan tang a "Cock Sucker" while tang was calling Gayle a "Bitch" Both inmates went to their cells. Gayle got a container of COMET and went back to the dayroom. Tang came back to the dayroom and charged at Gayle. The two separated, Gayle threw the comet on Tangs face and body. Gayle then picked up the broom and broke it into two. Gayle then hit Tang several times on the head body and arms. The broom broke again. Tang ran up the stairs, and started washing the Comet from his eyes. I walked Gayle from the pod put hand cuffs on him. Then took him to the Cross halls. I notified Capt Bowers.

Ross Q Crist                          3/12/01
Signature of Officer preparing report      Date report was prepared

Ross Crist                            2:00 pm
Print name of reporting officer            Time report was prepared

**Other staff or inmates present during incident**

_____    _____

_____    _____

_____    _____

### INVESTIGATIVE OFFICERS REPORT:

INMATE DESMOND GAYLE #5543x WAS PLACED IN BAU (BEHAVIORAL ADJUSTMENT UNIT) ON 23 HR LOCKUP. (IEB-1B) UNTIL SEEN BY THE HEARING COMMITTEE. INMATE WAS ALSO SEEN BY MEDICAL + TREATED (SEE ATTACHED DAILY)

FORWARDED TO THE WARDEN.

_____    _____
Signature and Title of Investigating Officer    MAR 12. 2001
                                                Date

_____    _____
Printed Name of Investigating Officer           APPROX 2:30 PM
                                                Time

A copy of this Disciplinary Report was delivered to the inmate on:    3/13/01 - APPROX 8:00 AM
                                                                      Date and Time

_____
Inmate's Signature

_____
Signature of Officer delivering copy to inmate

Form DR-1



# YORK COUNTY PRISON
## NOTIFICATION OF HEARING
### AND
## REQUEST FOR WITNESS AND/OR STAFF REPRESENTATION

Inmate Name: _Desmond  Gayle  #55438_

Hearing Date: _Mar 17, 2001_          Hearing Time: _Approx 9:00 Am_

## NOTICE TO INMATE:

YOUR HEARING WILL BE CONDUCTED WITHIN THREE (3) WORKING DAYS FROM THE DATE OF YOUR DISCIPLINARY REPORT, EXCLUDING WEEKENDS AND HOLIDAYS.  YOU HAVE THE RIGHT TO BE PRESENT AT YOUR HEARING.  YOU HAVE THE RIGHT TO HAVE WITNESSES AT YOUR HEARING.  IF YOU HAVE WITNESSES, YOU MUST COMPLETE THIS FORM AND RETURN IT TO THE HEARING COUNSELOR NO LATER THAN 9:00 AM ON THE FIRST WORKING DAY AFTER YOU RECEIVE YOUR NOTIFICATION OF HEARING.

(  )  I request inmate witnesses as indicated below.  *(No more than three (3) inmate witnesses will be considered)*

(  )  I request a staff representative - Name of staff member: _____.

(  )  I do not request any inmate witness(es) or staff representation.

*(If you are requesting inmate witnesses, you must state the relevance and the importance of the testimony the witness will provide.  Staff representation will not act as an Attorney during your hearing and will offer no legal advice or request a finding of guilty or not guilty and will not influence the decision of the D.H.C.  Staff members may only vouch for your work performance and adjust and provide any other factual information with regard to the specific infraction).*

List the names of the inmate witnesses and the information they are expected to provide.

1.) _____

_____

_____

2.) _____

_____

_____

3.) _____

_____

_D. V. Gayle_                                    _MARCH 13 2001_
Inmate Signature                                 Date

_____              _____
Witness Signature (If Inmate Refuses to sign)        Date

Form DR-2

### YORK COUNTY PRISON

### OFFICERS DAILY REPORT

Officers Name: M/O Maria J. Etienne

Date of Report: 3/13/01

Offense or Subject Being Reported: <u>I/m</u> Tang, Thuan → <u>I/m</u> Gayle, Dismond

Date of Incident: 3/13/01

Time of Incident: 145

Who Involved: as above

Where it Happened (Be Specific): N.S. rec room

---

What happend and how, if known:
(This space can be used for reporting <u>General Daily Duties</u> also)

Both I/m's brought to medical s/p altercation. Both I/m's evaluated c medical reports (see attached) and cleared for lock-up.

Officer's Signature: Maria J. Etienne

This report to be submitted to and commented or acted upon, by the Supervisor before forwarding to the Warden.

Supervisor's Comments: A COPY OF THIS REPORT WAS PLACED IN HIS MEDICAL FILE. FORWARDED TO THE WARDEN. Cpt. Sower

---

This form **NOT** to be used for reporting incidents **requiring disciplinary acts.** Use the Y.C.P. form #112 "Disciplinary Report" for all known violations that may require disciplinary action.

form #110

 

# YORK COUNTY PRISON

## DISCIPLINARY HEARING REPORT

INMATE'S NAME: _D. Gayle_              POUCH # _55438_

DISCIPLINARY DATE: _3/12/01_       HEARING DATE: _3/15/01_

You have been charged with the rules violation(s) listed on the disciplinary report you received on the **DISCIPLINARY DATE** listed above.

Inmate's Plea:

**Charge 1:** ( ) GUILTY (X) NOT GUILTY ( ) DROPPED  **Charge 5:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED

**Charge 2:** ( ) GUILTY (X) NOT GUILTY ( ) DROPPED  **Charge 6:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED

**Charge 3:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED  **Charge 7:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED

**Charge 4:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED  **Charge 8:** ( ) GUILTY ( ) NOT GUILTY ( ) DROPPED

SUMMARY OF TESTIMONY BY INMATE: _I/m admitted that he_
_did throw comet in the other I/m's face +_
_he did hit the other I/m with a broom. I/m_
_states that the problem is resolved._

TESTIMONY OF INMATE WITNESSES:

TESTIMONY OF STAFF REPRESENTATIVE:

Form DR-3

**YORK COUNTY PRISON**

**OFFICERS DAILY REPORT**

*Pat*

Officers Name: C/o Matthew Reed #125

Date of Report: 4/17/2000

Offense or Subject Being Reported: Suicide

Date of Incident: 4/17/2000

Time of Incident: 8:14 PM

Who Involved: I/m Gayle, Desmond #55438

Where it Happened (Be Specific): Cross Halls BAU B4

What happend and how, if known:
(This space can be used for reporting General Daily Duties also)

On the above date and time. I/m Gayle in BAU B-4 called me over to his during a routine 15 minute clock round. He stated he (I/m Gayle) was hearing his father calling him. He (I/m Gayle) then stated I cannot make the voices stop, and he then stated he came from a mental hospital. He (I/m Gayle) then handed 3 request forms and asked for me (C/o Reed) to make sure Pat Galliger recieved them. I then asked I/m Gayle if he was going to hurt himself and I/m Gayle stated "I am going to hurt myself tonight. I then wrote this report and contacted Captain Becker

Officer's Signature: M Reed #125

This report to be submitted to and commented or acted upon, by the Supervisor before forwarding to the Warden.

Supervisor's Comments: INMATE GAYLE STATED THAT HE WAS HEARING HIS FATHERS VOICE HE STATES THAT HE DID NOT GET ALONG WELL WITH HIS FATHER AND HE MAY BECOME VIOLENT. HE ALSO STATED TO ME THAT HE DEFINATELY WANTED TO KILL HIMSELF.

This form **NOT** to be used for reporting incidents **requiring disciplinary acts.** Use the Y.C.P. form #112 "Disciplinary Report" for all known violations that may require disciplinary action.

INMATE WAS PLACED IN B.A.U.-B4 ON FULL SUICIDE PRECAUTION
form #110 WITH A 15 MINUTE CHECK SHEET. COPY TO PAT GALLAGNOR, D. W. THOMAS, AND D. W. BOWEN, FORWARDED TO THE WARDEN.
(SEE ATTACHED REQUEST SLIPS)

Capt. Kevin L. Beck

YORK COUNTY PRISON - "REQUEST FORM"    Date Written: APRil/17/2000
Instructions to Resident: (READ CAREFULLY)
1.   State your request in DETAIL.  Be SPECIFIC as to just WHAT YOU WANT.  It MUST
     be something your BLOCK OFFICER can NOT handle for you.
2.   LEGAL ADVICE MUST come from YOUR ATTORNEY.  DO NOT ASK US for any
     legal advice.
3.   If known, state WHO you wish to see or contact and WHY.  To Pat GALiger
WRITE YOUR REQUEST HERE: -                                     Psychiatric help

I state started hearing
Voices since Saturday Morning, I am fuck
up Right now the Medication not Working

Resident MUST SIGN: DESMOND     and LIST HOUSING: BAU B4
and LIST 5 DIGIT I.D.# YAULE 55438 I some times feel

REPLY TO REQUEST WILL BE WRITTEN HERE: Ashame to let others
I am taking Zyprexa      know that I started to
Medication,            get sick once more
ut me back At 20 mgs   again
milligroms

Officer reading REPLY to the resident will sign here: _____
Note: ALL REPLIES GET FILED IN RECORDS DEPT. when completed.  NO EXCEPTIONS.


YORK COUNTY PRISON - "REQUEST FORM"    Date Written: APRil/17/2000
Instructions to Resident: (READ CAREFULLY)
1.   State your request in DETAIL.  Be SPECIFIC as to just WHAT YOU WANT.  It MUST
     be something your BLOCK OFFICER can NOT handle for you.
2.   LEGAL ADVICE MUST come from YOUR ATTORNEY.  DO NOT ASK US for any
     legal advice.
3.   If known, state WHO you wish to see or contact and WHY.  The Psychiatrice
WRITE YOUR REQUEST HERE: -                                     Doctor

since saturday morning at
About 3 AM in the morning I began to hea
Voices of MY Father Talking to me.

Resident MUST SIGN: DESMOND     and LIST HOUSING: _____
and LIST 5 DIGIT I.D.# YAULE I Just now feel like
55438                  letting you know
REPLY TO REQUEST WILL BE WRITTEN HERE: that I am hearing
                       Voices of my Father

Officer reading REPLY to the resident will sign here: _____
Note: ALL REPLIES GET FILED IN RECORDS DEPT. when completed.  NO EXCEPTIONS.

I.C.C. - "REQUEST FORM"

Date Written: APRIL/17/2000

Instructions to resident (READ CAREFULLY)

1. State your request in DETAIL. Be SPECIFIC about WHAT YOU WANT. It MUST be something your BLOCK OFFICER can NOT handle for you.
2. If known, state WHO you wish to see or contact and WHY.

WRITE YOUR REQUEST HERE:

I Am healing Voices, please transfered me to the Mid-Hudson Psychiatric Hospital. (Urgent)

Resident MUST SIGN: Desmond Gayle    and LIST HOUSING: _____

and PRISON I.D.# 55438    and ALIEN # A74-891-110

PROPERTY TAG# (if known) _____

REPLY TO REQUEST WILL BE WRITTEN HERE:


Officer reading REPLY to the resident will sign here:_____

Note: ALL REPLIES GET FILED IN RECORDS DEPT. when completed. NO EXCEPTIONS.

# YORK COUNTY PRISON

## SANCTION REPORT

Inmate's Name: _Desmond Gayle_    Pouch # _55438_ .

As a result of a Disciplinary Report dated: _3/12/01_ and the Disciplinary Hearing

Committee's findings of guilt on _3-15-01_ the following sanction(s) is/are imposed:
(Date of Hearing)

( ) Hearing is being conducted after 3 days due to _____

(X) Commitment to the Bahavioral Adjustment Unit for a period of _60_ days. _Normal review_

(X) You will receive credit for _4_ days already served in the Bahavioral Adjustment Unit.

( ) This sentence is ( ) concurrent with ( ) consecutive to any other Behavioral Adjustment Unit term.

( ) Other: # of days _____ ( ) Pod ( ) Recreation ( ) Phone Restriction. Credit days _____ .

( ) You will be eligible for normal activities and/or reclassification on _____ .(Space permitting)

( ) Other: _____ .

I have a right to receive a written copy of the charges against me at least 24 hours prior to appearing before the Disciplinary Hearing Committee. I wish to waive that right.

_____          _____
Signature of Inmate                                         Date

_____          _____
Witness Signature (If inmate refuses to sign)        Date

I hereby acknowledge that I have been advised of my rights that were afforded me at my hearing before the Disciplinary Hearing Committee and have chose to:  (X) TESTIFY        ( ) REMAIN SILENT

X_____          X_____
Signature of Inmate                                         Date

_Carl Weeper_                                      _3-15-01_
Witness Signature (If inmate refuses to sign)        Date

_Scott K_                                               _3/15/01_
Signature of Hearing Board Chairman               Date

**APPEAL RIGHTS:** You may appeal the decision of the Disciplinary Hearing Committee with regard to the "guilty" finding and/or the sanction(s) imposed. Appeals should be directed to the Senior Deputy Warden **within ten (10) days** of the decision of the Disciplinary Hearing Committee.

Form DR-4

INMATE'S NAME: _____D. Gayle_____    POUCH # _55438_

### THE INMATE WAS FOUND:

**Charge 1:** (X) GUILTY  ( ) NOT GUILTY  ( ) DROPPED    **Charge 5:** ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED

**Charge 2:** (X) GUILTY  ( ) NOT GUILTY  ( ) DROPPED    **Charge 6:** ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED

**Charge 3:** ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED    **Charge 7:** ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED

**Charge 4:** ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED    **Charge 8:** ( ) GUILTY  ( ) NOT GUILTY  ( ) DROPPED

THE DECISION WAS FOUND BASED ON THE PREPONDERENCE OF EVIDENCE AS OUTLINED BELOW:

Based on the content of the report And inmate Gayles Admission during testimony that the report was true.

### HEARING BOARD MEMBERS

_Scott K_____    _3/15/01_
Signature of Hearing Board Chairman    Date

_Carl Neeper_____    _3-15-01_
Signature of Hearing Board Member    Date

_J. Robertson_____    _3/15/01_
Signature of Hearing Board Member    Date

Form DR-3


**MSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Gayle, Desmond | ID # 55438 | D.O.B.: 10/10/63 |
|---|---|---|---|

**3-13-01** S-S/p altercation

**7-3** O-S/m presents in NAD - exclusive obvious
injury - abrasion inside top lip suggestive of
a tooth blunt injury. S/m c/o tenderness
(R) cheek/nose area but no edema w/
erythema present ⊕ palpable tenderness.
Eyes - PERL ⊖SOB, ⊖CP, both hands show
no signs of abrasion/bruising/deformities.
A- alteration in comfort
P- lip cleaned c̄ H₂O, - S/m cleared for
lock up.

Maria J. Petterson ESRB

## YORK COUNTY PRISON
### CLASSIFICATION / WORK BOARD APPEAL

Inmate's Name: Desmond Gayle #55438          Date: 6/21/01

Inmate's Location: NSB 8B

I wish to appeal the decision of the Classification Committee.  My reason for the appeal is as follows:

_____
Inmate's Signature

### CLASSIFICATION / WORK BOARD APPEAL RESPONSE

Date: 6/21/01

I have reviewed your appeal and my response is as follows:

On 3/15/01 you were found guilty of Assault with a Weapon by the Disciplinary Hearing Committee. You were sentenced to 60 days in RHU. In addition you received another write up this month.

You hit another inmate with a Mop Wringer. You will not be given a job.

_____
Deputy Warden's Signature

York County Prison,
3400 Concord Road
York, PA 17402

To: the Warden.                Date, June, 6, 2001

MR. Hogan,    ID# 55438
York County,    I.N.S# A74-891-110
Prison.    Desmond V. Gayle

Dear MR. Hogan,    I Am Not A Violent Person
                          I Am A Peace Maker
                                    Good Day!

I am sick of not doing "Nothing"
I have submitted An Application
for a Job in the Kitchen,
To Classification Counselor
Mrs Angie, I sent her A Copy of my
GED Diploma; I got in Your Prison
Please Sir! I am not guilty of
the Criminal charges I did time
for, At this present time, My
case is under Appeal, With An
Heabeas Corpus in the
United States District Court
Please! Please! Please! Sir can I obtained
A Job in the Kitchen, I will work to the
Best of my Ability and that to Keep it

## YORK COUNTY PRISON

### OFFICERS DAILY REPORT

Officers Name: _TIMOTHY J. TUNELL_

Date of Report: _4-8-01_

Offense or Subject Being Reported: _CELLMATES ARGUING_

Date of Incident: _4-8-01_

Time of Incident: _8:05 AM_

Who Involved: _I/M(S) EDWIN PENA-PAULINO, DESMOND GAYLE_

Where it Happened (Be Specific): _IEB-2_

What happend and how, if known:
(This space can be used for reporting General Daily Duties also)

_ON ABOVE TIME AND DATE I WAS SUMMONED TO IEB #2 CELL TO
TALKK WITH ABOVE NAMED INMATES. I/M'S STATED THAT THEY WERE
NOT GETTING ALONG, AND THAT THERE WAS A HISTORY OF PROBLEMS BE-
TWEEN THEM FROM WHEN THEY WERE IN THE BLOCKS. I/M'S STATED THAT
THEY HAD NO PROBLEMS BEING IN THE SAME POD, THEY JUST COULD'NT BE
CELLIES. TO AVOID A POSSIBLE FIGHT I CALLED CAPT. FISHER AND HE
GAVE ME AUTHORIZATION TO MOVE I/M GAYLE TO IEB-3A._

_END OF
REPORT_

Officer's Signature: _____ # 33

This report to be submitted to and commented or acted upon, by the Supervisor before
forwarding to the Warden.
Supervisor's Comments: _Inmate Gayle was moved to IEB-3A
Forward to the Warden after - RF___

This form **NOT** to be used for reporting incidents **requiring disciplinary acts.** Use the Y.C.P.
form #112 "Disciplinary Report" for all known violations that may require disciplinary action.

form #110

**York County Prison**
**Complaint Review System**
**(805 A) Deputy Warden Response**

TO: _Desmond Gayle_
Inmate Name

Complaint Register # _050901 D_

_IEA 3A         55438_
Inmate Location

Date _5/14/01_

I have reviewed your grievance and my response is as follows:

The Medical Department is aware of your medical condition and your Medications. It is not felt that either your condition or your medication requires a bottom bunk. It is noted that you haven't even submitted a sick call slip for this. That is the first step.

Inmate Keeps Yellow Copy
Send Original & Pink To Deputy Warden

_Robert Thomas_
Deputy Warden

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNYSYLVANIA

DESMOND V. GAYLE           :       CIVIL NO. 3:CV-01-1282
        Plaintiff,       :
                       :
       v.              :       (JUDGE WILLIAM W. CALDWELL)
                       :
WARDEN HOGAN and        :
DEPUTY BOWEN,          :
        Defendants.    :

## CERTIFICATE OF SERVICE

I, Donald L. Reihart, Esquire, Assistant Solicitor for York County, hereby certify that a true and correct copy of the foregoing Affidavit of Dennis Bowen, in Support of Motion for Summary Judgment, was caused to be served on the date shown below by depositing same in the United States mail, first-class, postage prepaid, addressed as follows:

> Desmond Gayle
> Tangipanoa Parish Prison
> P.O. Box 250
> Amite, LA 70422

Respectfully submitted,

By: _____
Donald L. Reihart, Esq.
Sup. Ct. I.D. #07421
2600 Eastern Boulevard, Suite 204
York, PA 17402-2904
Telephone (717) 755-2799

Date: 8-21-02

Assistant Solicitor for York County