49
8/27/02

2 to cl

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNYSYLVANIA

DESMOND V. GAYLE  :    CIVIL NO. 1:CV-01-1282
   Plaintiff, :
       :
   v. :    (JUDGE WILLIAM W. CALDWELL)
       :
WARDEN HOGAN and :
DEPUTY BOWEN, :
   Defendants. :

FILED
___ ___ PA
AUG 2 2 2002
_. D ANDREA, CLER
per ____

## AFFIDAVIT OF PATRICIA L. SAUERS, M.D.

Patricia L. Sauers, M.D., being duly sworn, deposes and says:

My name is Patricia L. Sauers, M.D. I serve as the medical director of the York County Prison. I am licensed by the Commonwealth of Pennsylvania to practice medicine in the state of Pennsylvania. This affidavit is based upon my personal knowledge and information. I am competent to testify and would state as follows if called as a witness at trial:

1.

I am a medical doctor licensed to practice medicine in the Commonwealth of Pennsylvania.

2.

In March of 2001 and up to the present time I have been acting as the medical director of the York County Prison.

3.

Desmond V. Gayle is an INS detainee who was confined in the York County Prison in March of 2001.

4.

On admission to the, inmate Desmond V. Gayle provided transfer medical records which confirmed that he had a history of depression and schizophrenia. He had no history of gastrointestinal disease or food intolerance. On examination he was noted to be in no distress and his physical findings were normal except for slow mentation and some disorganized thoughts and confusion. He was followed by the psychiatrist during his detention at the York County Prison and was stable on Zyprexa, an anti-psychotic medication.

5.

On March 12, 2001, inmate Desmond V. Gayle was involved in an altercation. He was found to have sustained an abrasion on his upper lip but was cleared by the medical section for confinement in the BAU.

6.

While in the BAU Desmond V. Gayle filed several complaints with the medical section. The inmate presented a variety of complaints, which included abdominal pain, "feeling sick from food loaf", burning while urinating, frequent urination, difficulty in elimination and allegedly blood in his stool. (See attached medical records Exhibit "A")

7.

Inmate Desmond V. Gayle was examined each time he made a complaint, which he frequently related to consuming "food loaf".

8.

An evaluation by the medical staff indicated that there were no objective symptoms to confirm the subjective complaints made by this inmate.  Urinalysis testing was normal and because of no objective findings to substantiate his complaint, he was suspected of malingering.  However, he was placed on a weekly nursing sick call schedule to assure that he was not suffering from a legitimate illness.

9.

During his detention at the York County Prison, inmate Gayle was physically stable and appeared healthy on his examinations.  While he complained of various symptoms, there was no evidence that he suffered any significant physical problems.  Moreover, he had no problems digesting the ingredients contained in the food loaf when served to him before and after his stay in the BAU.

10.

The food loaf diet served to inmates on BAU status has been approved by a registered dietitian as an adequate source of nutrition containing the requisite calories, vitamins and food groups required to maintain good inmate health.

11.

None of the ingredients in food loaf would cause the symptoms of abdominal pain, urinary problems or rectal bleeding in a healthy inmate, and Mr. Gayle showed no evidence of being physically unhealthy either before or after eating food loaf while on BAU status.

12.

At no time was Gayle denied medical care or treatment.

13.

In my opinion, inmate Gayle suffered no adverse health consequences from eating

fool loaf or being confined in the BAU.

14.

The care provided to inmate Gayle was in accord with prison regulations and

within the standard of care.   The inmate complaints were noted, he was examined and

treated appropriately.

Dated:  ___8/14/02_____          _____

                                                             Patricia L. Sauers, M.D.


Sworn and subscribed to
Before me this _14th_ day
of _August_____, 2002.

_Deborah C. Keeport_____
Notary Public

My Commission Expires:



Notarial Seal
Deborah C. Keeports, Notary Public
Springettsbury Twp., York County
My Commission Expires July 21, 2003

Member, Pennsylvania Association of Notaries

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☒ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

**PRINT ONLY**    **PRINT ONLY**    **PRINT ONLY**

Date: March/16/2001    Facility/Institution: York County Prison

Name of Inmate: Desmond. V. Gayle    D.O.B.: 10/10/63

I.D. # 55438    Cell #: B.A.U    B.A.U IEB 1B

Problem: (in your own words)  I need to see A DOCTOR, URgently!

I AM PResently in Pain in My ABDomen
I AM PResently sick FRom the Food loAF
I have serious PRoblem YRinating, And when
I do a little, it BURNS. I CAN'T STOOl, I cant stool
when I use the TTolet  DO NOT WRITE BELOW THIS LINE My body cant take it

---

### STAFF SECTION

Disposition: _____

Person Triaging: _____ Date: _____ Time: _____
(Name)

**FOR STAFF USE ONLY**

S: AS ABOVE.

_____

O: ⊕ BURNING TO PENIS, ⊕ PAU IN ABDOMEN. ⊕ FLATUS
↑ URRO⊘. ⊕ CONSTIPATION.

A: R/O CONSTIPATION AND UTI.

P: PRN MEDICATION, AND COLL LIST.

Date: 3/16/01    _____ Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate    7/94

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☒ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| | | |
|---|---|---|
| **PRINT ONLY** | **PRINT ONLY** | **PRINT ONLY** |

Date: MARCH, 26, 2001    Facility/Institution: YORK County Prison

Name of Inmate: DESMond. V. Gayle    D.O.B.: 10 10 63

I.D. # 55438    Cell #: BAU IEB - 1B

Problem: (in your own words)

I Am sick From the Food load With Stomach PAin, Please let me see the Doctor, I Am in Stomach PAin now.

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: RisFeRRed TO CPZ KLUBUZ

Person Triaging: _____ (Name)    Date: 3/26    Time: 1948

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

Date: _____

Health Service Signature

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate    7/94

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Gayle, Desmond    ID # 55438    D.O.B.: / / |
|-----------|-----------------------------------------------------------|
| 3:45pm. 3/20/01 | IM c/o burning with urination |
| | Denies penile discharge |
| | Not drinking enough water. |
| | Thinks the food loaf is causing |
| | his sxs. |
| | O) Urine dip (neg) |
| | sp.grav. 1.015. |
| | Abdominal exam benign. |
| | A) Suspect malingering (?) |
| | P) ↑↑ fluids/water. |
| | RTC if sxs persist |
| | K. Exter PAC |

CC 023                                                                          5/95

*Yearly*

**EMSA/PHS *CORRECTIONAL CARE***    HEALTH EVALUATION

| CHARGES |
| BOND: |

| Date: 3/15/01 | I.D. #: | Date Booked: | County: | |

## ADMISSION DATA

| Last Name: Gayle | First: DESMOND | Middle: | Address: | | |
| Alias: | | | City: | St.: | Zip: |
| Birthplace: | D.O.B.: | | Phone: | | Religion: |
| SS#: | Marital Status:   S   M   D   W   Sep | | Read/Write English?   Yes   No   Other: | | |
| Previous Incarcerations (Date & Facility) | | | Health Insurance?   Y   N   Carrier: | | State: |
| | | | Policy Numbjer: | | |
| NOTIFY IN EMERGENCY | Name: | Relationship: | Address: | | Phone: |

## MEDICAL DATA

| Family Physician: | Address: | | Phone: |
| Previous Hospitalizations/Surgeries/Major Illness/Current Iilness:   What?   Where? | | | |
| | | | See H & P ☐ |
| Medications:   ☐ None | | Special Diet (Prescribed): | |
| Allergies: NKA ☐ | | Tetanus/Immunizations:   Y   N   Dates: | |

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN, AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

| 1) Level of Consciousness:    (   ) Alert    (   ) Oriented time, please, person    (   ) Lethargic    (   ) Stuporous    (   ) Comatose | 3) Substance Abuse:    (   ) Yes    (   ) No    (   ) Suspected    (   ) Current Intoxication/Abuse    (   ) Use    (   ) Withdrawal Symptoms    (   ) Drugs    (   ) Alcohol |
| Describe: | Describe:  What kind? Amount/Frequency? |
| 2) General Appearance:    (   ) Norm    (   ) Abn. | Last Use: (Time/Date) |
| Describe: | |
| 4a) Behavior/Conduct:    (   ) Calm    (   ) Cooperative    (   ) Non-Violent    (   ) Agitated    (   ) Uncooperative    (   ) Violent    (   ) Manipulative    (   ) Disorganized | 4b) Affect/Mood:    (   ) Normal    (   ) Manic    (   ) Depressed    (   ) Euphoria    (   ) Flat    (   ) Confused    (   ) Delusion    (   ) Emotional Instability    (   ) Hallucinations    (   ) Hearing Voices    (   ) Mental Retardation    Describe: |
| Describe: | |
| 5a) Is Patient at High Risk for Suicide?    (   ) Yes   (   ) No | b) Does Pt. Describe Suicidal Thoughts or Ideations?    (   ) Yes    (   ) No |
| c) Is there evidence of Self Mutilation    (   ) Yes   (   ) No | d) High Risk Pt. may become Assaultive towards Staff?    (   ) Yes    (   ) No |
| e) Is there a history of a violent offense? (   ) Yes   (   ) No    Sexual offense?   (   ) Yes   (   ) No | |
| *If ANY of the above in #5 are circled, staff MUST describe here, include previous dates:* | |
| 6a) Communication Difficulties    (   ) Yes   (   ) No | b) Memory Defects    (   ) Yes   (   ) No |
| c) Hearing Impairment    (   ) Yes   (   ) No | d) Speech Difficulties    (   ) Yes   (   ) No |
| 7) Physical Aids:   (   ) None    (   ) Glasses    (   ) Contacts    (   ) Hearing Aid    (   ) Dentures    (   ) Cane    (   ) Crutches    (   ) Walker    (   ) Wheelchair    (   ) Braces    (   ) Artificial Limb    (   ) Other | |
| 8) A/Comments, Complaints, Symptoms:    None ☐ | |
| S) | |
| O) | |
| A) | |
| P) | |

**EMSA** CORRECTIONAL CARE

*I have address this matter six months ago, and I am doing it again to the highest level of Authority!*

*I have a permanent birth problem need double toilet papers weekly*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

*I need to see the Doctor*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: MARCH, 8, 2001    Facility/Institution: York County Prison

Name of Inmate: Desmond. V. Gayle    D.O.B: Oct, 10, 63

I.D. # 55438    Cell #: NSD 11-B

Problem: (in your own words)

I want to see the Doctor About obtaining A Double Portion of Weekly issues Toilet PAPERS I was born with Uexcessive Attendance of Bowel Removements not many inmates have this type of Problem

**DO NOT WRITE BELOW THIS LINE** *I have to Trade my food sometime for toilet papers*

## STAFF SECTION

Disposition: _____

Person Triaging: _____ Date: _____ Time: _____
                        (Name)

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: Request denied

Date: 3/9/01    _____
                 Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

7/94

**EMSA** ✠ **CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: April 20th 2001    Facility/Institution: York County Prison

Name of Inmate: DESMOND Goyle    D.O.B.: 10/10/63

I.D. # 55438    Cell #: IEA-3A

Problem: (in your own words)

My finger NAils are over grown.
And they ARe cutting me, I need to
cut my NAils, thank you.

DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: ALLOW JM TO CUT NAILS

Person Triaging: _____ (Name)    Date: 4/27/01    Time: 1344

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: _____

Date: _____    Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate    7/94

**EMSA** CORRECTIONAL
✦ CARE

*Its in my Medical File every Prison I go, I Need Bottom Bunk — Bed*

*Am Presently Sleeping on the Floor, because the C/O trying to Put me on Top Bunk — Bed*

INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☒ MENTAL HEALTH
(Please check one of the above)

*To: Pat Galyyer (Doctor)    (Urgent Matters)*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: **April 15, 2001**    Facility/Institution: **York County Prison**

Name of Inmate: **Desmond. V. Gayle**    D.O.B. **10/10/63**

I.D. # **55438**    Cell # **IEA / — / 3B-Bed**

Problem: (in your own words) *I have difficulties Sleeping! I need my Medication! Please Reinstate my Medication (Zyprexa), Please Remind the Medical that I hear voices sometimes, so I cannot sleep* DO NOT WRITE BELOW THIS LINE *on top Bunk! Bed*

---

**STAFF SECTION**

Disposition: *Referred for medical evaluation for bottom bunk*
*Pt stopped Zyprexa*

Person Triaging: *Patrick O'Halloran, RN nurse*    Date: **4/18/01**    Time: **12p**
*amer mill nostume*

**FOR STAFF USE ONLY**

S: *Pt stopped taking Zyprexa now wishes to resume medication. Pt also requesting a top bunk*

O: *Pt anxious, agitated*

A: *Schizophrenia*

P: 1) *Zyprexa Restarted*
2) *Referred to Medical for evaluation for a top bunk.*

Date: *4-18-01*    *Patrick O'Halloran RN noc centum*
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CC-018    7/94

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Desmond Gayle | ID # | | D.O.B.: / / |
|---|---|---|---|---|
| 4/17/01 | S: c/o burning upon urination + pain | | | |
| 1515 | O: ↑T + as above mentioned ; R/O UTI | | | |
| T 100.5 | A: Alt in comfort r/t dysuria. | | | |
| | P: UA dip ; see below ; spoke to Dr. B̶ | | | |
| | order for bactrim received.  ⟨sig⟩ | | | |

MULTISTIX 10SG
NAME  DESMOND GAYLE
DATE  4/17    TECH  CFG
GLUCOSE  —
BILIRUBIN  —
KETONE  I
SG  1.08
BLOOD  ++
PH  7.5
PROTEIN  +
UROBILINOGEN  —
NITRITE  —
LEUKOCYTES  ++

| 4/17 | S: requesting ↓ bunk 2° hearing voices | | | |
| 1530 | O: spoke to Dr AHN re the above ; Dr AHN | | | |
| | reported ∅ need for ↓ bunk | | | |
| | A: Knowledge deficit | | | |
| | P: ↓ bunk request denied — ⟨sig⟩ | | | |

5/95



**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☒ MEDICAL     ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _APRil/4/2001_     Facility/Institution: _York County Prison_

Name of Inmate: _DESmond GAYLE_     D.O.B.: _10, 10, 63_

I.D. # _55438 (INS)_     Cell #: _BAU FEB-1B_

Problem: (in your own words) _INS # A74-891-110_

_Please Sir/Madam I am presently feeling A Sharp PAIN in my Lower Right ABDomen And Attending the toilet to urinate every three = something is wrong_ = minutes

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: _____

Person Triaging: _____ Date: _____ Time: _____
(Name)

**FOR STAFF USE ONLY**

S: _c/o pain un ® lower abd. c/o urinary freq. & stools looking like "string"_

O: _Urine dip results below. Accu √78. Freq c/o c̄ s/c Slips._

A: _____

MULTISTIX 10SG

| | |
|---|---|
| NAME | |
| DATE | TECH |
| GLUCOSE | — |
| BILIRUBIN | — |
| KETONE | — |
| SG | 1.020 |
| BLOOD | — |
| PH | 6.0 |
| PROTEIN | — |
| UROBILINOGEN | 0.2 |
| NITRITE | — |
| LEUKOCYTES | — |

P: _No tx @ present time. Informed that I/M freq. has c/o._

Date: _4/4/01 8pm Tonya Crowl LPN_

CC 018     White — Medical Department     Yellow — Other     7/94

Chart

# YORK COUNTY PRISON

## OFFICERS DAILY REPORT

Offense or Subject Being Reported: _Terry Wesson_    (See Complaint's attached)

Date of Incident: _12/18/01_

Time of Incident: _145_

Who Involved _us robert_

Where it Happened (Be Specific): _DS Rec Area_

What happend and how, if known:
(This space can be used for reporting General Daily Duties also)

_Both I/m's brought to medical & evaluation._
_Both I/m's evaluated & medical reports_
_(see attached) and cleared for lock up_

Officer's Signature: _Maria J. Stienn_

This report to be submitted to and commented or acted upon, by the Supervisor before forwarding to the Warden.

Supervisor's Comments:_____

_____

This form **NOT** to be used for reporting incidents _requiring disciplinary acts._ Use the Y CP form #112 "Disciplinary Report" for all known violations that may require disciplinary action.

Form #110



EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Gayle, Desmond    ID # 55438    D.O.B.: 10/10/63 |
|-----------|----------------|
| 3-12-01 | S-S/p altercation |
| 7-3 | O-S/m presents in NAD - exclusive obvious |
| | injury - abrasion inside top lip suggestive of |
| | a tooth blunt injury. S/m c/o tenderness |
| | (R) Cheekbone area but no edema or |
| | erythema present. ⊖ palpable tenderness. |
| | Eyes - peril, ESOB, OCP, both hands show |
| | no signs of abrasion/bruising/deformities. |
| | A - alteration in comfort. |
| | P - lip cleaned c̄ H₂O₂. S/m cleared for |
| | lock up. |
| | Maria J Etienne ESOB |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

CC 023                                                                    5/95

**EMSA** **CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: June, 29, 2001    Facility/Institution: York County Prison

Name of Inmate: Desmond. V. Gayle    D.O.B.: October, 18, 1963

I.D. #: 55438 I.N.S A74-891-110    Cell #: NSB - 8B

Problem: (in your own words) A74-891-110

" To the Medical Doctor I would like to be tested for DIABETES, BECAUSE MY FAMILY Mother AND FATHER WAS tested positive "

**DO NOT WRITE BELOW THIS LINE**

---

### STAFF SECTION

Disposition: _____

Person Triaging: _____ (Name)    Date: _____ Time: _____

**FOR STAFF USE ONLY**

S: _____ Diabetic test, mom & Dad has it. wants tested.

O: As above.

A: Alt in comfort.

P: Diabetic test.

Date: 6/30/01  11:45A    K. Lindeman

Health Service Signature

From: Steve Wacha  To: York Co. Medical        Date: 6/4/01  Time: 9:57:38 AM                Page 4 of 7



**IMMIGRATION & NATURALIZATION SERVICE**
**UNITED STATES PUBLIC HEALTH SERVICE**

**DIVISION OF IMMIGRATION HEALTH SERVICES**

PRE-AUTHORIZATION REFERRAL
OFF-SITE MEDICAL CARE



55438

Facility Name: YORK County Prison        Date 05/31/01

Address _____ City _____ State ____ Zip ____

| Service Processing Center | |
|---|---|
| Aguadilla, PR | ___ |
| Batavia, NY | ___ |
| El Centro, CA | ___ |
| Elizabeth, NJ | ___ |
| El Paso, TX | ___ |
| Florence, AZ | ___ |
| Krome, FL | ___ |
| Port Isabel, TX | ___ |
| Queens, NY | ___ |
| San Pedro, CA | ___ |
| Varick, St., NY | ___ |
| Columbia Care Clr | ___ |
| LA Staging | ___ |

Request No. _____

Last Name Gayle  First Desmond  Middle ____

Patient ID A74-891-110  DOB 10/10/63  Sex X Male/Female

Camp Arrival Date 5/28/99  Country of Origin Jamaica

Requested Service/Procedure Gross Debridement & Phrophy

Clinical Findings ____
heavy tartar / bleeding gums

Test Results ____

Diagnosis Gingivitis

Request for Information ____

**INS Status**

| Court Date | / / |
| Hearing Pending | ___ |
| FO Deportation | ___ |
| YD Pending | ___ |
| Appealing | ___ |
| Exclusion | ___ |
| Other | ___ |

Requesting Provider Dr C Paluch / Dr S Depasqua

YES ☐  NO ☐

Phone (717) 840-7466

Referred to _____        Phone _____

Address _____        Date of Appointment __/__/__

City _____ State ____ Zip ____  Time of Appointment _____

UTILIZATION MANAGEMENT    APPROVED ☒  DENIED ☐  PENDING ☐
MCC Steven Wacka (cernaphs)

Medical Director _____        NKmp [signatures] Gayle

Reason for Denial _____

Certification No. _____        Reviewer _____        Date 6/4/01

UNITED PAYORS & UNITED PROVIDERS

AMERICA'S
HEALTH PLAN

PLEASE SEND CLAIMS TO
UP&UP Health Services, Inc
PO Box 10250
Gaithersburg, MD 20898-0250

CLAIMS & UM PHONE NUMBERS
Phone    (888) 563-3922
Fax      (800) 513-3957
E-Mail   UPUS@UPUP.COM

UP & UP Health Services, Inc, 2275 Research Boulevard Rockville MD 20850-6202

1/26/01    Gross Debridement +
Phrophy                    $65.00

**COMPLETED**    **FILE COPY**

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☒ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _Tuesday May 29 2001_    Facility/Institution: _York County Prison_

Name of Inmate: _Desmond V Gayle_    D.O.B.: _10 10 63_

I.D. # _55438 INS_    Cell #: _NSB-8B_

Problem: (in your own words) _INS# A74-891-110_

_I need my teeth to be clean,_

_I am Incarcerated here for two Years._

_Please madam!_ **DO NOT WRITE BELOW THIS LINE** _thank you_

### STAFF SECTION

Disposition: _____

Person Triaging: _____ Date: _____ Time: _____
                        (Name)

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: _Put approval into INS for cleaning_

Date: _5/31/01_

Health Service Signature

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate    7/94

# CORRECTIONAL CARE

A DIVISION OF **EMSA** LIMITED PARTNERSHIP

## TREATMENT RECORD

NAME: GAYLE, DESMOND.

TREATMENT DATES – FROM: 4/4  TO: _____   POUCH #: _____

## TREATMENT TYPE

☐ WEIGHT CHECK   ☐ WOUND CARE   ☐ EAR CARE
☐ BURNS          ☐ WARTS        ☐ PHYSICAL THERAPY
☐ WHIRLPOOL      ☐ EYE CARE     ☐ SPLINT CHECK
☒ OTHER          WEEKLY SICK CALL (Q FRI)



MONTH/YEAR: MAR



MONTH/YEAR: May

**EMSA** **CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ **DENTAL**    ☐ **MEDICAL**    ☐ **MENTAL HEALTH**

(Please check one of the above)

**PRINT ONLY**    **PRINT ONLY**    **PRINT ONLY**

Date: Friday/May/25/2001    Facility/Institution: York County Prison

Name of Inmate: Desmond Gayle    D.O.B. 10/10/63

I.D. # 55438    Cell #: NSB-8B    NSB-8B

Problem: (in your own words)

I want to see the Doctor, because I kept vamiting up the milk, after Breakfast in the morning. I also having the Runs to the toilet. The milk 1% giving me stomach Runs I am not used to DO NOT WRITE BELOW THIS LINE this 1% milk.

---

**STAFF SECTION**

Disposition: _____

Person Triaging: _____ Date: _____ Time: _____
(Name)

**FOR STAFF USE ONLY**

S: as alone _____

O: _____

A: R/o lactose intolerant _____

P: diet slip _____

Date: 5/26/01    _____ mc Cr
1800    Health Service Signature

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate

**EMSA** *CORRECTIONAL CARE*

# DIET ORDER FORM

DATE: _5/26/01_

INMATE'S NAME: _Desmond Gayle_

DATE OF BIRTH: _10-10-63_

ID NUMBER: _55438_

HOUSING UNT: _NSB_

DIET ORDERED: _lactose intolerant_

DATE STARTED: _5/26/01_                STOP DATE: _LOS_

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: _____

NURSE'S SIGNATURE: _____

White - Medical    Yellow - Kitchen

**Physician's Order**

MEDIMARK® II

Form Number 2-0502

RN.

Date: 7/23/01    1/20

| Medication Orders | Other Orders |
|---|---|



1  Zyprexa 10 mg HS. x 60 days

D/Noted
7/24/01 TSB
B Andrew

Desmond Gayle

Not a
Housel
7/23/01
2:15 pm

© RNA INCORPORATED 1986

DOCTOR

DIAGNOSIS

ALLERGIES

**Physician's Order**   MEDIMARK®II   Form Number 2-0502   RN

Date _____ 1140



| Medication Orders | Other Orders |
| --- | --- |
| 1 Zyprexa 10mg HS — X 48 days | |

Desmond Gayle

Noted
Pharm D
6/14/01.
2PM

double noted
midolaxine in
6-15-01

DRNA INCORPORATED 1986

DOCTOR   Dr. A___   DIAGNOSIS

ALLERGIES

# Physician's Order

**MEDIMARK®II**

Form Number 2-0502

**RN**

Date:

| Medication Orders | Other Orders |

1. Zyprexa 10mg. H.S. x 35 days

12. Desmond Taylor

NSB



DOCTOR

DIAGNOSIS

ALLERGIES

©RNA INCORPORATED 1986

**EMSA** **CORRECTIONAL CARE**

*To Pat Galliger / Urgent Matters*
*And Doctor. AHN*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL       ☐ MEDICAL       ☑ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: MAY/1/2001       Facility/Institution: York County Prison

Name of Inmate: Desmond Gayle    D.O.B: 10/10/63

I.D. # 55438       Cell #: B-A-U-A3A    A Pod

Problem: (in your own words)   To Pat Galliger

Please stop the Medication until I obtained a Bottom Bunk Bed, Because it makes me Dizzy at Night Flying. I have problem getting up on the top Bunk when the Medication Kicking in effect

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: _____

Person Triaging: _____ Date: _____ Time: _____

(Name)

**FOR STAFF USE ONLY**

S: Pt states he becomes groggy about 1/2 hour after every medication and need a bottom bunk

O: Pt oriented, cooperative

A: Schizophrenia

P: 1) Medical assigns bottom bunks refere him to speak to her
2) Continue present medication

Date: 5/7/01       [signature]  NP, NCC, CCHUC
Health Service Signature

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DESMOND V. GAYLE : CIVIL NO. 3:CV-01-1282
          Plaintiff, :
                      :
        v. : (JUDGE WILLIAM W. CALDWELL)
                      :
WARDEN HOGAN and :
DEPUTY BOWEN, :
           Defendants. :

## CERTIFICATE OF SERVICE

I, Donald L. Reihart, Esquire, Assistant Solicitor for York County, hereby certify that a true and correct copy of the foregoing Affidavit of Patricia L. Sowers, M.D., in Support of Motion for Summary Judgment, was caused to be served on the date shown below by depositing same in the United States mail, first-class, postage prepaid, addressed as follows:

> Desmond Gayle
> Tangipanoa Parish Prison
> P.O. Box 250
> Amite, LA 70422

Respectfully submitted,

By: _Donald T. Reihart_
      Donald L. Reihart, Esq.
      Sup. Ct. I.D. #07421
      2600 Eastern Boulevard, Suite 204
      York, PA 17402-2904
      Telephone (717) 755-2799

Date: _8/21/02_

      Assistant Solicitor for York County