FILED
SCRANTON
SEP 03 2002
PER _____
DEPUTY CLERK

(Page - One)

Tangipahoa Parish Jail
P.O. Box 250
Amite, LA. 70422
Desmond V. Gayle
I.N.S. # A74-891-110
Dated "August" 27, 2002

To: Mary E.D. Andrea - "Clerk"
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg
235 North Washington Avenue
P.O. Box 1148
Scranton, PA. 18501-1148

{ Desmond V. Gayle - Plaintiff,
V.
Warden Hogan and
Deputy Bowen - Defendants. }

Civil No. 3: CV-01-1282
((Judge William W. Caldwell))

<u>Plaintiff' Brief in Support
of Dispositive Motion
Filed on July 4th 2002</u>

Continue→

(Page - two)

## Plaintiff Supporting Brief
### Judge William W. Caldwell
### Civil No. 3:CV-01-1282

**Paragraph (one) ①** About April, 16th, 2001, I almost died in the B.A.U at York County Prison, while suffering from abdominal pain and burning of my penis, each time I attended the toilet.

**Paragraph (two) ②** When I urinate, my urin was very very dark yellow, my stool came out in strings with blood in it, and most of the time, I was constipated and finds it difficult to stool. The nurse gave me Metamucil for the constipation, all these adverse physical effect happen to me, while consuming the "Food loaf". I also lost weight, body-weight of about 70 pounds, during my stay at B.A.U. One evening two correctional officers laughing at my - weight.

**Paragraph (three) ③** Each time the food loaf was served there wasn't any liquid served (juice) with it, that was cruelty done. I was not malingering at all.

(PAGE - three)   **Plaintiff Supporting Brief**
                 Judge William W. Caldwell
                 Civil No. 3:CV-01-1282

PARAGRAPH One Evening two Correctional
(FOUR) officers laugh and made fun
(4) at my Lost in Body-Weight,
they even said it to me,
"Gayle you have lost a lot
of Weight since you been
place in B.A.U.", they said they
New it, was the Effect of the
"Foodloaf."

PARAGRAPH At About April, 17, 2001 the
(FIVE) A Physician's Assistant took my
(5) A Urinalysis test and told me
that she Found Blood in my
Urin, at this minutes I was
very worried, When I was told
such News, First thing Came
to my mind is (I was going to
died in Jail.) I felt very sick
during such time. She prescribe
(Medication) Called (Bactrum) For
me, the Nurse gave me the Bactrum

(PAGE-FOUR) PLAINTIFF SUPPORTING BRIEF
Judge William W. Caldwell
Civil No. 3:CV-01-1282

PARAGRAPH (FIVE)B
(5)B
The Medication "BACTRUM" was a white oval pill, which stop the burning, and cleared up my urin. The Metamucil the nurse gave me for constipation, didn't helped, only the "BACTRUM" help me, by stoping the burning of my penis, and cleared up my urin.

PARAGRAPH (SIX)
(6)
The Defedant Council failed to bring to the light in his Motion for summary Judgement that the (BACTRUM) Medication help stop the burning in my penis. The the Doctor incharged Patricia L. Sauers M.D., also failed to bring the "BACTRUM" Medication to the light. I Desmond V. Gayle bears the burden of showing the genuine issue as to the material fact in my case. Astori v. Bell Telephone Co. of Pa., 914 F.2d 508 (3rd Cir. 1990)

D. V. Gayle

In The United States District Court
For the Middle District of Pennsylvania

| | |
|---|---|
| DESMOND V. GAYLE<br>PLAINTIFF<br>V.<br>WARDEN HOGAN AND<br>DEPUTY BOWEN<br>DEFENDANTS. | CIVIL No. 3:CV-01-1282<br>CV-01-1282<br><br>Judge William W. Caldwell |

## CERTIFICATE OF SERVICE

I DESMOND V. GAYLE, AN I.N.S DETAINEE at the TANGIPAHOA PARISH JAIL, hereby certify that A TRUE AND CORRECT Copy of the Foregoing Brief in Support of My Dispositive Motion Filed on July 4th 2002. The BACTRUM MEDICATION WAS CAUSED to be SERVED ON the Date shown below, by depositing same in the United States Mail to following:

Donald L. Reihart, Esq. Sup. Ct. I.D. #07421
2600 EASTERN BOULEVARD, Suite 204
YORK, PA. 17402-2904

Dated- August 27 2002.    Respectfully Submitted.

**EMSA CORRECTIONAL CARE**

*PLAINTIFF SUPPORTING BRIEF*
*Judge William W. Caldwell*
*Civil No. 3:CV-01-1282*
*Medication = BACTRUM AS EVIDENCE!*

### PROGRESS NOTES

| Date/Time | Inmate Name: Desmond Gayle | ID # | D.O.B.: / / |
|---|---|---|---|
| 4/17/01 1515 T 100.5 | S: c/o burning upon urination + pain O: ↑T + as above mentioned, R/O UTI A: Alt in c/o&left dysuria P: UA dip; see below, spoke to Dr. R, order for "bactrim" received. — JNR | | |

*Very Important Fact in my CASE called "bactrum" — Medication EVIDENCE Comes to light!*

*J. V. Gayle   Read the underlin[e]*

*August/27/2002*
*J. V. Gayle*

```
MULTISTIX 10SG
NAME  DESMOND GAYLE
DATE  4/17   TECH  CG
GLUCOSE  —
BILIRUBIN  —
KETONE   T
SG   1.08
BLOOD  ++
PH   7.5
PROTEIN  +
UROBILINOGEN  —
NITRITE  —
LEUKOCYTES  ++
```

| 4/17 1530 | S: Requesting ↓ bunk 2° healing ulcers O: Spoke to Dr AHN re the above; Dr AHN reported ∅ need for ↓ bunk A: Knowledge deficit P: ↓ bunk request denied — | | |

*Plaintiff Supporting Brief*
*Judge William W. Caldwell*
*Civil No. 3:CV-01-1282*
*Evidence of Submissions*

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☒ MEDICAL   ☐ MENTAL HEALTH
(Please check one of the above)

**PRINT ONLY**

Date: APRIL/4/2001   Facility/Institution: York County Prison
Name of Inmate: Desmond Gayle   D.O.B.: 10,10,63
I.D. #: 55438 (INS)   Cell #: BA4 EB-13

Problem: (in your own words) INS# A74-891-110

Please Sir/Madam I am presently feeling a sharp pain in my lower right abdomen and attending the toilet to urinate every three = ~~DO NOT WRITE BELOW THIS LINE~~ = minutes. Something is wrong.

### STAFF SECTION

Disposition: _____
Person Triaging: _____   Date: _____   Time: _____
(Name)

**FOR STAFF USE ONLY**   (EVIDENCE)

S: c/o pain in ® lower abd. c/o urinary freq. & stools looking like "string"

O: Urine dip results below. Accu √'d. Freq 40 c s/c sleep.

— Read the underlined (statements)

A: August/27/2002
    V. Gayle

P: No tx @ present time. Informed that 11M freq has c/o.

Date: 4/4/01 8pm Tonya Crow LPN

MULTISTIX 10SG
NAME _____
DATE _____ TECH _____
GLUCOSE _____
BILIRUBIN _____
KETONE _____
SG 1.020
BLOOD _____
PH 6.0
PROTEIN _____
UROBILINOGEN 0.2
NITRITE _____
LEUKOCYTES _____

White — Medical Department    Yellow — Other