COPY

Tensas Parish Detention Center
South
HC-62, P.O. Box 500
Waterproof, LA. 71375
Dated - September, 24, 2002
Desmond V. Gayle
I.N.S # A74-891-110

(51)

To: The Clerk of Court,
United States District Court,
Middle District of Pennsylvania.
William J. Nealon Federal BLDG,
And U.S. Courthouse.
235 North Washington Avenue
P.O. Box 1148
Scranton, PA. 18501-1148

Your Respectfully
V. Gayle

FILED
SCRANTON
OCT 01 2002
PER ____
DEPUTY CLERK

Case - Docket # 3:CV-01-1282
Judge: William W. Caldwell

Dear Clerk, It is my responsibility to inform you of my new address stated above. I am back at the Tensas Parish Detention Center, Waterproof, Louisiana. Thank you