COPY

(53)

<u>Page one</u>

Tensas Parish Detention Center South
HC-62-P.O. Box 500
Waterproof, LA. 71375
Date, Oct, 18, 2002
Desmond V. Gayle
I.N.S # A74-891-110
signature of D.V. Gayle

To: The Clerk of Court,
Mary, E.D. Andrea.
United States District Court
For the Middle District of Pennsylvania
William J. Nealon Federal Building
235 North Washington Ave Scranton
P.O. Box 1148
Scranton, PA. 18501

FILED
OCT 2 4 2002
PER _____ DEPUTY CLERK

[ Civil No. 1:CV-01-1282
Judge William W. Caldwell ]

<u>Plaintiffs' Brief In Opposition To Defendants' Motion For Summary Judgment</u>

(M.D. Pa. Local Rule 7.6)

## Page two Brief In Opposition

PARAGRAPH ①   On About July, 2001 Plaintiff Desmond V. Gayle filed a Civil-Rights Complaint. In the Complaint, Gayle Complained that he was place in the Behavioral Adjustment Unit at the York County Prison, Where he was Fed Food-loaf, Which caused him to suffer pain And urinary Bleeding; Along with Blood passing in his stool.

PARAGRAPH ②   I Desmond V. Gayle was not guilty of the Accusations against me, that Resulted in sixty (60) Days placement in the Behavioral Adjustment Unit. I Appealed the decision to Deputy Warden Bowen, who Reviewed the matter and denied the Appeal.

During my sickness I Asked the Assistant-physician to change the diet giving to me because it was making me sick, She told me she can't, she said to me; only the Warden. Hogan can change

## Page three Brief IN Opposition

**Paragraph ③** I have written to the Warden Thomas Hogan to have him change the Diet, But he had Refused to do so, I explain to him my damaging Health Condition, but he done Nothing to stop it or help me.

I have written two separate request to the Commissioners of York County Prison Board

Commissioner Donahue Responded to my Request telling me that he is going Along with whatever Warden Hogan said.

I was shock in belief Because Nobody ~~takes~~ CARE About my health.

I said to myself While in great PAIN, please god don't let my Died in prison please keep me Alive. And my PRAYER was Answered.

## Page Four Brief In Opposition

**Paragraph (4)** After the Assistant physician detect or saw Blood in my Urinalysis testing she order A Medication From the Pharmacy called "BACTRUM" and gave it to me twice, that was the help I got From God.

This Medication stop the Bleeding in my Urinary system, I was Relief.

thanks to the scientist who invented BACTRUM.

**Paragraph (5)** This is Factual Evidence Recorded in my Medical File While I was Incarcerated at the York County Prison I am Asking the Court to Review my Medical File Clearly and see exactly my point of view And evidence.

The Medical Department at York County Prison have violated my Eighth Amendment civil Rights

## Page Five — Brief In Opposition

**Paragraph 6** A non-moving party must make a showing sufficient to establish the existence of every element essential to his case, based on the records on file. <u>Astori v. Bell Telephone Co. of Pa.</u>, 24 F.3d. 508 (3rd Cir. 1994). It is understood that all inferences, however, should be drawn in the light.

**Paragraph 7** I Desmond V. Gayle asking the Court to prosecute the Defendants' and dismiss the Defendants Motion for Summary Judgment,

I am also asking the Court to order the Defendants' to compensate me with a settlement of ($600,000.00) six hundred thousand Dollars.

In the United States District Court
For the Middle District of Pennsylvania

Desmond V. Gayle, Plaintiff

v.

Warden Hogan and Deputy Bowen, Defendants.

Civil No. 3:CV-01-1282

Judge: (William W. Caldwell)

## Certificate of Service

I Desmond V. Gayle hereby certify that a true and correct copy of the foregoing Brief In Opposition to Defendants Motion For Summary Judgment, was caused to be served on the date shown below by depositing same in the United States Mail, postage paid, addressed as follows:

Donald L Reihart, Esq.
Sup. Ct. I.D. # 07421
2600 Eastern Boulevard, Suite 204
York, PA 17402-2904

(Date Oct 18 2002)