AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

Desmond V. Gayle,
    Plaintiff

Judge William W. Caldwell

v.

Thomas H. Hogan, Warden and
David Bowen, Deputy Warden,
    Defendants

CASE NUMBER: 1:CV-01-1282

**FILED**
HARRISBURG, PA

FEB 2 5 2003

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT be and is hereby entered in favor of the defendants, THOMAS H. HOGAN, Warden, and DAVID BOWEN, Deputy Warden and against the plaintiff, DESMOND V. GAYLE.

Date: February 25, 2003

Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk