FILED
SCRANTON
FEB 27 2003
PER DEP

Tensas Parish
Detention Center, South
HC-62 P.O. Box 500
Waterproof, LA, 71375
Date, Feb, 23, 2003

To: The Clerk of Court,
United States District Court
For the Middle District
of Pennsylvania
235 North Washington Ave
PO Box 1148
Scranton, P.A. 18501-1148

(Re: Civil No. 3:CV-01-1282) Desmond V. Gayle
Judge William W. Caldw[ell]

Dear Clerk,

Good Day!

(I am Worried)
I Need to know what is going on with my Lawsuit please send and tell me what is the Latest News. I would like to know if this case is going to trial,

or is there going to be a Settlement out of Court.

What is happening at this time, please send and tell me.

I already submitted the Brief in October 2002 that Judge Caldwell asked me for.

I sent 3 Copies to the Court, and two Copies to the Deffendants Attorney please let me know the outcome of this case Am I going to Trial please, I would be thankfull.

I Am Ready For Trial or a Settlement out of Court.

Your Respectfull