ORIGINAL
RECEIVED MAR 6 2003
FILED HARRISBURG, PA
MAR 1 1 2003
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

Tensas Parish Detention
Center, South
H.C-62, P.O. Box 500
Waterproof, LA. 71375
Date, March, 3, 2003

Inmate # A74-891-110

To: Marcia M. Waldron: "Clerk"
United States Court of Appeal
     For the third Circuit
601 Market Street
21400 U.S. Courthouse
Philadelphia, PA. 19106

Dear Clerk.;        Your Respectfull
                                    N. Goy
                    Good Day!

Please could you send me
the Necessary Application
Form to Appeal my case.
I don't have any Funds for the Fe.
"I would like to Appeal
in "Forma-Pauperis"
Please send me such Forms to Fill
out, Thank you madam.

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

Desmond V. Gayle,
Plaintiff

Judge William W. Caldwell

v.

Thomas H. Hogan, Warden and
David Bowen, Deputy Warden,
Defendants

CASE NUMBER: 1:CV-01-1282

**FILED**
HARRISBURG, PA

FEB 2 5 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT be and is hereby entered in favor of the defendants, THOMAS H. HOGAN, Warden, and DAVID BOWEN, Deputy Warden and against the plaintiff, DESMOND V. GAYLE.

Date: February 25, 2003

Certified from the record
Date 02/25/03
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk

#A74-891-110
Tensas Parish Detention
Center South
HC-62, P.O. Box 508
Waterproof, LA. 71375

Legal Mail

To: Marcia M. Waldron;
"Clerk"
United States Court of Appeals
For the Third Circuit.
601 Market Street
U.S Courthouse
Philadelphia, PA. 19106