INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                    DISTRICT COURT NO. 1:CV-01-1282

DESMOND V. GAYLE                            CT. OF APPEALS NO. _____
        Vs
THOMAS HOGAN, et al.

NOTICE OF APPEAL FILED March 6, 2003        COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL ____ PAID  _X_ NOT PAID  ___SEAMAN

DOCKET FEE ____ PAID  _X_ NOT PAID  ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
_X_ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO:
Judge William W. Caldwell
Desmond V. Gayle
Donald L. Reihart, Esquire
PRSLC Taggart

PREPARED BY  /s/ Virginia Gilmore
                        Deputy Clerk

Date: March 24, 2003