

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg & U.S. Courthouse*
235 North Washington Avenue
P.O. Box 1148
*Scranton, PA 18501-1148*

MARY E. D'ANDREA
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
Internet Address: *www.pamd.uscourts.gov*

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:     DESMOND V. GAYLE Vs. THOMAS HOGAN, et al.
        USDC NO: 1:CV-01-1282
        USCA NO:
        E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

__X__     Civil Prisoner Case: Case file and docket sheet available through RACER.

_____    Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

_____    Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.

_____    Civil Prisoner Case: ___ Supplemental Record filed.  Documents and docket sheet available through RACER.

_____    Non-Prisoner Civil Case or Criminal Case:
          ____ Supplemental Record filed.  Docket Sheet available through RACER.

        The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

                                                Very truly yours,

Date:   March 24, 2003                          s/ Virginia Gilmore
                                                Deputy Clerk