## Return Receipt

| | |
|---|---|
| Your document: | 1:CV-01-1282 Notice of Appeal |
| was received by: | Nicole Bruno/CA03/03/USCOURTS |
| at: | 03/24/2003 11:30:25 AM |

**FILED**
HARRISBURG, PA

MAR 2 4 2003

MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk