Tensas Parish Detention
Center, South
Hc-62, P.O. Box 500
Waterproof, LA. 71375
Date, Mon, March, 24, 2003

# A74-891-110
Desmond V. Gayle

To: Mary E D'Andrea, Clerk:
United States District Court
Middle District of Pennsylvania
228 Walnut Street, (Room 1060)
P.O. Box 983
Harrisburg, PA. 17108

Re: Gayle V. Hogan
(Civil Action No. 01-1282)
[Appeal letters]

Dear Clerk,

Please could you
send me the necessary Applications
to Appeal my case in (Former Pauperis).
Mrs Waldron told me, I (do) have
the Right to Appeal.

your Respectful
D. V. Gayle

FILED
HARRISBURG
MAR 2 7 2003
MARY E. D'ANDREA, CL
Per _____
DEPUTY CLERK

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

March 7, 2003

Mary E. D'Andrea, Clerk
228 Walnut Street, Room 1060
Harrisburg, PA  17108

Re:  Gayle v. Hogan
(Civil Action No. 01-1282)

Dear Mrs. D'Andrea:

Pursuant to Rule 4(d), <u>Federal Rules of Appellate Procedure</u>, we are forwarding the attached notice of appeal which was apparently filed with this office in error.  <u>See</u> Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u>.  The notice was postmarked March 3, 2003.

These documents are being forwarded solely to protect the litigant's right to appeal.  Upon receipt of these documents, kindly process the documents according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: *Bradford A Baldus/ss*

Bradford A. Baldus
Senior Legal Advisor to the Clerk

Enclosure *Dated / March / 24 / 2003*
*Signed* X *Gayle*

Page -2-

cc: Desmond V. Gayle (w/out enclosure)
    Tensas Parish Detention Center South
    HC-62, P.O. Box 500
    Waterproof, LA  71375

FRom: Desmond V. Gayle
#A74-891-110
Tensas Parish Detention
Center, South
Hc-62, P.O. Box 500
WATERPROOF, LA. 71375

Legal Mail

FILED
HARRISBURG
MAR 27 2003

To: Mary E. Dlandrea, "Clerk"
United States District Court,
228 Walnut Street,
P.O. Box 983
HARRISBURG, PA. 17108

MARY E. D'ANDREA, Clerk
Per_____ Deputy Clerk

Tensas Parish Detention Center Waterproof

NOT CENSORED

17108/0983