OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

**UNITED STATES COURT OF APPEALS**    TELEPHONE
FOR THE THIRD CIRCUIT    267-299-4947
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

3/25/03

## NOTICE OF DOCKETING OF APPEAL

**Desmond V. Gayle**
**v.**
**Thomas Hogan, et al.**
**No.: 01-cv-01282**
**(Honorable William W. Caldwell)**


An appeal by **Desmond V. Gayle** was filed in the above-caption case on 3/6/03, and docketed in this Court on 3/25/03, at No. **03-1811**.

Kindly use the Appeals Docket No. **03-1811** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Rebecca Simon** at Rebecca Simon@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.


**Marcia M. Waldron**
**Clerk**