OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE
215-597-2995

**Harrisburg, PA** Clerk of District Court
(District)

Date____**5/14/03**_____

**Gayle vs. Hogan**_____
(Caption)

C. of A. No.____**03-1811**_____

**Desmond Gayle**___
(Appellants)

**No. 01-cv-01282**___
(D.C. No.)

Enclosures:

_____**5/14/03**_____ Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

_____Rebecca Simon_____   (267)-299-__4947__
Receipt Acknowledge:          Case Manager        Telephone Number

_____
(Name)

_____
(Date)

Rev. 4/3/03
Appeals (Certified List in Lieu of Record)

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 03-1811

Gayle

vs.

Hogan, et al.

Desmond V. Gayle, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-01282)

### O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A TRUE COPY:

*Kathleen Brouwer*
Kathleen Brouwer,
Chief Deputy Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: May 14, 2003

cc:

    Mr. Desmond V. Gayle
    Donald L. Reihart, Esq.